**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF MICHIGAN

Case number *(if known)* _____   Chapter ___7___

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy       **04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | W Legacy Holdings, Inc. |

| | | |
|---|---|---|
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | FKA  Wolverine Metal Stamping, Inc. FDBA  Wolverine Corporation, Inc. |

| | | |
|---|---|---|
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 38-1504036 |

**4. Debtor's address**

**Principal place of business**

3600 Tennis Ct.
Saint Joseph, MI 49085
Number, Street, City, State & ZIP Code

Berrien
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL) _____

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor     W Legacy Holdings, Inc.                                    Case number (*if known*) _____
           Name

**7.  Describe debtor's business**     A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.uscourts.gov/four-digit-national-association-naics-codes.
   ___3321___

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**     *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Debtor   W Legacy Holdings, Inc. _____   Case number (*if known*) _____
         Name

List all cases. If more than 1,
attach a separate list

| | | | | |
|---|---|---|---|---|
| Debtor | _____ | | Relationship | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

---

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency   _____

          Contact name       _____

          Phone              _____

---

**█  Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐  $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor     W Legacy Holdings, Inc.                                          Case number (*if known*) _____
         _____
              Name

| | Request for Relief, Declaration, and Signatures |

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      March 19, 2026
                 _____
                 MM / DD / YYYY

**X** /s/ Bruce F. Weber                                          Bruce F. Weber
_____                   _____
Signature of authorized representative of debtor             Printed name

Title     President and CFO
        _____


**18. Signature of attorney**

**X** /s/ Steven M. Bylenga                                   Date   March 19, 2026
_____                        _____
Signature of attorney for debtor                                       MM / DD / YYYY

Steven M. Bylenga P73492
_____
Printed name

CBH Attorneys & Counselors, PLLC.
_____
Firm name

MAIN OFFICE
25 Division Avenue S., Suite 500
Grand Rapids, MI 49503
_____
Number, Street, City, State & ZIP Code

Contact phone    616-608-3061            Email address   nikki@chasebylenga.com

P73492 MI
_____
Bar number and State

**Fill in this information to identify the case:**

Debtor name    W Legacy Holdings, Inc.

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    March 19, 2026      **X** /s/ Bruce F. Weber

                                                 Signature of individual signing on behalf of debtor

                                                 Bruce F. Weber

                                                 Printed name

                                                 President and CFO

                                                 Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    W Legacy Holdings, Inc.

United States Bankruptcy Court for the:   WESTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summary of Assets |
|---|---|

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.............................................................................................    $      0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*...........................................................................................    $      94,252.42

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.............................................................................................    $      94,252.42

| Part 2: | Summary of Liabilities |
|---|---|

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................    $      0.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................    $      290,004.45

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................    +$      7,652,224.28

4. **Total liabilities** ....................................................................................................................
    Lines 2 + 3a + 3b      $      7,942,228.73

**Fill in this information to identify the case:**

Debtor name    W Legacy Holdings, Inc.

United States Bankruptcy Court for the:   WESTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property      **12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | $0.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| Kellogg Community Credit Union (XXXX1000) On December 31, 2025, all of Debtor's cash assets and funds in deposit accounts were purchased by Modineer Wolverine, LLC (see Articles 4.9 "Deposit Accounts" and 6 "Transferred Assets" of APA). Debtor retained ownership of its deposit accounts (see Article 6 of APA - Excluded Assets). However, Modineer Wolverine, LLC may claim an interest in any funds in the account received from any claim, prepayment refund, tax refund, or proceeds (See Article 6 of APA - | | | |
| 3.1.   Transferred Assets). | Business Savings | 1000 | $5,252.42 |

4. **Other cash equivalents** *(Identify all)*

| | |
|---|---|
| 5.    **Total of Part 1.** Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | $5,252.42 |

### Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

Debtor    W Legacy Holdings, Inc.                                    Case number *(If known)* _____
          Name

■ Yes Fill in the information below.

**7.** **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

7.1.    None.  On December 31, 2025, Debtor sold its deposits to Modineer Wolverine, LLC (see Article 6 of APA "Transferred Assets").                                                                                 $0.00

---

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

8.1.    Debtor anticipates a refund from pre-paid insurance of approximately $52,000.  However, Modineer Wolverine, LLC may claim an interest in the pre-payment refund pursuant to the APA executed between Debtor and Modineer Wolverine, LLC on December 31, 2025, which included the purchase of Debtor's refunds from prepaid expenses (see Article 6 of APA - "Transferred Assets").                                                                          $52,000.00

---

**9.** **Total of Part 2.**                                                                                           $52,000.00

Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.

■ Yes Fill in the information below.

**11.** **Accounts receivable**

11a. 90 days old or less:      0.00      -      0.00   = ....                                    $0.00
                      face amount          doubtful or uncollectible accounts

---

**12.** **Total of Part 3.**                                                                                           $0.00

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.

■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**14.** **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

**15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                    % of ownership

15.1.    None. On December 31, 2025, Debtor sold its equity interest in: (1) Estampados de Coahuila S de RL de CV to Modineer Wolverine, LLC; and (2) 2M Leasing, LLC (see Article 6 of APA "Transferred Assets").                              %                                    $0.00

---

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Debtor ___W Legacy Holdings, Inc.___     Case number *(If known)* _____
     Name

    Describe:

| | | |
|---|---|---|
| 17. | **Total of Part 4.** | $0.00 |
| | Add lines 14 through 16.  Copy the total to line 83. | |

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.

■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** None.  On December 31, 2025, Debtor's sold its inventory to Modineer Wolverine, LLC (see Article 6 of APA "Transferred Assets"). | | $0.00 | | $0.00 |
| 20. | **Work in progress** None.  On December 31, 2025, Debtor sold its assets, inventory, Transferred Contracts, and receivables to Modineer Wolverine, LLC (see Article 6 of APA "Transferred Assets"). | | $0.00 | | $0.00 |
| 21. | **Finished goods, including goods held for resale** None.  On December 31, 2025, Debtor sold its assets, inventory, Transferred Contracts, and receivables to Modineer Wolverine, LLC (see Article 6 of APA "Transferred Assets"). | | $0.00 | | $0.00 |
| 22. | **Other inventory or supplies** | | | | |

| | | |
|---|---|---|
| 23. | **Total of Part 5.** | $0.00 |
| | Add lines 19 through 22.  Copy the total to line 84. | |

24.   **Is any of the property listed in Part 5 perishable?**
     ■ No
     ☐ Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
     ■ No
     ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

Official Form 206A/B      Schedule A/B Assets - Real and Personal Property      page 3

Debtor ___W Legacy Holdings, Inc._____ Case number *(If known)* _____
       Name

■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** None.  On December 31, 2025, Debtor sold its furniture, fixtures, equipment, tools, office equipment, and supplies to  Modineer Wolverine, LLC (see Article 6 of APA "Transferred Assets"). | $0.00 | | $0.00 |
| 40. | **Office fixtures** None.  On December 31, 2025, Debtor sold its furniture, fixtures, equipment, tools, office equipment, and supplies to  Modineer Wolverine, LLC (see Article 6 of APA "Transferred Assets"). | $0.00 | | $0.00 |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** None.  On December 31, 2025, Debtor sold its furniture, fixtures, equipment, tools, office equipment, and supplies to  Modineer Wolverine, LLC (see Article 6 of APA "Transferred Assets"). | $0.00 | | $0.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**                                                                                                            $0.00
    Add lines 39 through 42.  Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

Debtor   W Legacy Holdings, Inc. _____    Case number *(If known)* _____
                Name

☐ No.  Go to Part 9.

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  None.  On December 31, 2025, Debtor sold its assets to  Modineer Wolverine, LLC (see Article 6 of APA "Transferred Assets"). | $0.00 | | $0.00 |

**48.  Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.  Aircraft and accessories**

| | | | |
|---|---|---|---|
| **50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>None.  On December 31, 2025, Debtor sold its furniture, fixtures, equipment, tools, office equipment, and supplies to Modineer Wolverine, LLC (see Article 6 of APA "Transferred Assets"). | $0.00 | | $0.00 |

**51.  Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

|  |
|---|
| $0.00 |

**52.  Is a depreciation schedule available for any of the property listed in Part 8?**

■ No

☐ Yes

**53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No

☐ Yes

**Part 9:**      **Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.

■ Yes Fill in the information below.

**55.  Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

| Debtor | W Legacy Holdings, Inc. | Case number (If known) |
|---|---|---|
| | Name | |

55.1. None.  Debtor never owned any real property.  Debtor leased real property from an affiliated holding company, Wolverine Propety Holdings, LLC.  On December 31, 2025, Debtor and its affiliates, including Wolverine Property Holdings, LLC, sold their interest in leases, leased imporovements, and real properties to Modineer Wolverine, LLC (see Article 6 of APA - "Transferred Assets").

$0.00                    $0.00

**56.  Total of Part 9.**                    $0.00

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

**57.  Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

**58.  Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** None.  On December 31, 2025, Debtor sold its intellectual property to Modineer Wolverine, LLC (see Article 6 of APA "Transferred Assets"). | $0.00 | | $0.00 |
| 61. **Internet domain names and websites** None.  On December 31, 2025, Debtor sold its intellectual property to Modineer Wolverine, LLC (see Article 6 of APA "Transferred Assets"). | $0.00 | | $0.00 |
| 62. **Licenses, franchises, and royalties** | | | |

Debtor    W Legacy Holdings, Inc.                                   Case number *(If known)* _____
          Name

None.  On December 31, 2025, Debtor sold its intellectual property and licenses to Modineer Wolverine, LLC (see Article 6 of APA "Transferred Assets").          $0.00                              $0.00

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**
       None.  On December 31, 2025, Debtor sold its intellectual property to Modineer Wolverine, LLC (see Article 6 of APA "Transferred Assets").          $0.00                              $0.00

65.    **Goodwill**
       None.  On December 31, 2025, Debtor sold its goodwill to Modineer Wolverine, LLC (see Article 6 of APA "Transferred Assets").          $0.00                              $0.00

66.    **Total of Part 10.**                                                                                $0.00

       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 11: | All other assets |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

                                                                                      **Current value of debtor's interest**

71.    **Notes receivable**
       Description (include name of obligor)
       None.  On December 31, 2025, Debtor sold its claims and receivables, including intercompany receivables, to Modineer Wolverine, LLC (see Article 6 of APA "Transferred Assets").

       _____ 0.00 ___ − _____ 0.00 ___ =
       Total face amount        doubtful or uncollectible amount

                                                                                                    $0.00

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

Debtor  W Legacy Holdings, Inc.                    Case number *(If known)* _____
                Name

|  | None.  On December 31, 2025, Debtor sold its claims, receivables, and refunds to Modineer Wolverine, LLC (see Article 6 of APA "Transferred Assets"). | Tax year _____ | $0.00 |
|---|---|---|---|

**73.** **Interests in insurance policies or annuities**
After Debtor sold its assets to Modineer Wolverine, LLC on December 31, 2025, it cancelled most of its insurance policies.  However, Debtor retained its D&O Policy through Cincinnati Insurance Company.                                    $0.00

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**
On December 31, 2025, Debtor sold its assets, inlcuding claims, causues of action, rights of recovery, and rights of setoff, to Modineer Wolverine, LLC (see Article 6 of APA "Transferred Assets").  However, Debtor and Modineer Wovlerine, LLC specifically excluded two claims: (i) Debtor's rights to recover proceeds awarded under Debtor's pending counter-claim against Molding Solutions, LLC (see Aricle 6 of APA "Excluded Assets); and (ii) the first $37,000 of insurance proceeds related to a November 2025 vehicle claim for a vehicle driven by Tiffany Jackson (see Article 6 of APA "Transferred Assets").                                    $37,000.00

Nature of claim _____

Amount requested _____ $0.00

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76.** **Trusts, equitable or future interests in property**

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**78.** **Total of Part 11.**                                    $37,000.00

Add lines 71 through 77. Copy the total to line 90.

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No

☐ Yes

Debtor    W Legacy Holdings, Inc.                                    Case number *(If known)* _____
          Name

<span style="background-color:black; color:white">Part 12:</span>    **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $5,252.42 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $52,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $37,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $94,252.42 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $94,252.42 |

**Fill in this information to identify the case:**

Debtor name   W Legacy Holdings, Inc.

United States Bankruptcy Court for the:   WESTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| **2.1** Axos Bank<br>Creditor's Name<br><br>6975 Union Park Center<br>Suite 200<br>Midvale, UT 84047<br>Creditor's mailing address<br><br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>3/13/2023<br>**Last 4 digits of account number**<br>n/a<br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>For Notice Only.  No current balance or collateral.  *Paid $5,466,571.00 at closing<br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| **2.2** DeLage Landen Financial Svc<br>Creditor's Name<br><br>1111 Old Eagle School Road<br>Wayne, PA 19087-1453<br>Creditor's mailing address<br><br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>n/a<br>**Last 4 digits of account number**<br>n/a<br>**Do multiple creditors have an interest in the same property?** | **Describe debtor's property that is subject to a lien**<br>For Notice Only. No current balance or collateral. *Paid $326,588.00 at closing<br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply | $0.00 | $0.00 |

Debtor    W Legacy Holdings, Inc.                                    Case number (if known)
                Name

☐ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | FGI Equipment Finance, LLC | | $0.00 | $0.00 |

**2.3** FGI Equipment Finance, LLC
Creditor's Name
5355 Town Center Rd.
Suite 450
Boca Raton, FL 33486
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
For Notice Only. No current balance or collateral.
*Paid $2,397,024.32 at closing

$0.00                    $0.00

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
7/30/2025
**Last 4 digits of account number**
n/a

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4** GM Financial
Creditor's Name
801 Cherry St.
Suite 3500
Fort Worth, TX 76102
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
For Notice Only. No current balance or collateral.
*Paid $11,088.23 at closing

$0.00                    $0.00

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
n/a
**Last 4 digits of account number**
n/a

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.5** Great American Financial
Creditor's Name
Services Corporation
PO Box 609
Cedar Rapids, IA 52406
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
For Notice Only. No current balance or collateral.
*Paid $35,629.65 at closing

$0.00                    $0.00

**Describe the lien**

**Is the creditor an insider or related party?**
■ No

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 2 of 6

Debtor   W Legacy Holdings, Inc.                          Case number (if known)   _____
_____
         Name

Creditor's email address, if known          ☐ Yes
                                            **Is anyone else liable on this claim?**

**Date debt was incurred**                  ■ No
11/04/2024
**Last 4 digits of account number**         ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
n/a
**Do multiple creditors have an**           **As of the petition filing date, the claim is:**
**interest in the same property?**          Check all that apply
                                            ☐ Contingent
■ No                                        ☐ Unliquidated
☐ Yes. Specify each creditor,               ☐ Disputed
including this creditor and its relative
priority.

---

| 2.6 | Grow Michigan II, LLC | **Describe debtor's property that is subject to a lien** | $0.00 | $0.00 |

Creditor's Name

2 Lone Pine
Bloomfield Hills, MI 48304
Creditor's mailing address

For Notice Only. No current balance or collateral.
*Paid $1,443,533.39 at closing

**Describe the lien**
_____

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known          ☐ Yes
                                             **Is anyone else liable on this claim?**

**Date debt was incurred**                   ■ No
1/03/2023
**Last 4 digits of account number**          ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
n/a
**Do multiple creditors have an**            **As of the petition filing date, the claim is:**
**interest in the same property?**           Check all that apply
                                             ☐ Contingent
■ No                                         ☐ Unliquidated
☐ Yes. Specify each creditor,                ☐ Disputed
including this creditor and its relative
priority.

---

| 2.7 | Kellogg Community Federal CU | **Describe debtor's property that is subject to a lien** | $0.00 | $0.00 |

Creditor's Name

41 2nd Street
Battle Creek, MI 49016
Creditor's mailing address

For Notice Only. No current balance or collateral.
*Paid $288,634.01 at closing

**Describe the lien**
_____

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known          ☐ Yes
                                             **Is anyone else liable on this claim?**

**Date debt was incurred**                   ■ No
n/a
**Last 4 digits of account number**          ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
n/a
**Do multiple creditors have an**            **As of the petition filing date, the claim is:**
**interest in the same property?**           Check all that apply
                                             ☐ Contingent
■ No                                         ☐ Unliquidated
☐ Yes. Specify each creditor,                ☐ Disputed
including this creditor and its relative
priority.

---

| 2.8 | Mackinac Capital, Inc. | **Describe debtor's property that is subject to a lien** | $0.00 | $0.00 |

Debtor    W Legacy Holdings, Inc.                              Case number (if known)
       Name

| | |
|---|---|
| Creditor's Name | For Notice Only. No current balance or collateral.<br>*Paid $3,333,080.70 at closing |
| 4253 7 Mile Road NE<br>Belmont, MI 49306 | |
| Creditor's mailing address | **Describe the lien** |
| | |
| Creditor's email address, if known | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?** |
| **Date debt was incurred**<br>3/7/2024 | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number**<br>n/a | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

| | | | |
|---|---|---|---|
| 2.9 | Pinnacle | **Describe debtor's property that is subject to a lien** | $0.00      $0.00 |
| | Creditor's Name | For Notice Only. No current balance or collateral.<br>*Paid $1,352,018.77 at closing | |
| | 150 Third Avenue S.<br>Suite 800<br>Nashville, TN 37201 | | |
| | Creditor's mailing address | **Describe the lien** | |
| | | | |
| | Creditor's email address, if known | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?** | |
| | **Date debt was incurred**<br>7/08/2025 | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| | **Last 4 digits of account number**<br>n/a | | |
| | **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

| | | | |
|---|---|---|---|
| 2.10 | PNC Bank, National Association | **Describe debtor's property that is subject to a lien** | $0.00      $0.00 |
| | Creditor's Name | For Notice Only. No current balance or collateral.<br>*Paid $15,190,167.99 at closing | |
| | 249 Fifth Ave<br>MS P1-POPP-BL-7<br>Pittsburgh, PA 15222-2707 | | |
| | Creditor's mailing address | **Describe the lien** | |
| | | | |
| | Creditor's email address, if known | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?** | |
| | **Date debt was incurred**<br>09/2009 | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| | **Last 4 digits of account number**<br>n/a | | |

Debtor     W Legacy Holdings, Inc.                                          Case number (if known) _____
            Name

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.1 1**

| | | | |
|---|---|---|---|
| **Samson Funding** | **Describe debtor's property that is subject to a lien** | $0.00 | $0.00 |
| Creditor's Name | For Notice Only. No current balance or collateral. *Paid $1,502,918.22 at closing | | |
| 17 State St Suite 630 New York, NY 10004 | | | |
| Creditor's mailing address | **Describe the lien** | | |
| | | | |
| | **Is the creditor an insider or related party?** | | |
| | ■ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** | ■ No | | |
| n/a | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| n/a | | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| ■ No | ☐ Contingent | | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | ☐ Disputed | | |

---

**2.1 2**

| | | | |
|---|---|---|---|
| **United Federal Credit Union** | **Describe debtor's property that is subject to a lien** | $0.00 | $0.00 |
| Creditor's Name | For Notice Only. No current balance or collateral. *Paid $1,374,919.05 at closing | | |
| 150 Hilltop Rd. Saint Joseph, MI 49085 | | | |
| Creditor's mailing address | **Describe the lien** | | |
| | | | |
| | **Is the creditor an insider or related party?** | | |
| | ■ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** | ■ No | | |
| 12/29/2022 | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| n/a | | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| ■ No | ☐ Contingent | | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | ☐ Disputed | | |

---

**2.1 3**

| | | | |
|---|---|---|---|
| **VFI ABS 2025-1, LLC** | **Describe debtor's property that is subject to a lien** | $0.00 | $0.00 |

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**                                          page 5 of 6

Debtor    W Legacy Holdings, Inc.
          _____
          Name

Case number (if known)    _____

**Creditor's Name**

2800 East Cottonwood
Parkway
2nd Floor
Salt Lake City, UT 84121

Creditor's mailing address

_____

Creditor's email address, if known

**Date debt was incurred**

7/2025

**Last 4 digits of account number**

n/a

**Do multiple creditors have an
interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

For Notice Only. No current balance or collateral.
*Paid $4,688,136.78 at closing
_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.14 | World Business Capital | **Describe debtor's property that is subject to a lien** | $0.00 | $0.00 |

Creditor's Name

One State Street
Hartford, CT 06103

Creditor's mailing address

_____

Creditor's email address, if known

**Date debt was incurred**

11/30/2018

**Last 4 digits of account number**

n/a

**Do multiple creditors have an
interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

For Notice Only. No current balance or collateral.
*Paid $9,113,301.21 at closing
_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | $0.00 |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name    W Legacy Holdings, Inc.

United States Bankruptcy Court for the:   WESTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| | | | |

**2.1** Priority creditor's name and mailing address
Adrian Williams
1281 Bishop Ave
Benton Harbor, MI 49022

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $2,250.00    **Priority amount** $0.00

Date or dates debt was incurred
2025

Basis for the claim:
Vacation Hours Earned

Last 4 digits of account number n/a

Is the claim subject to offset?

■ No

☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**2.2** Priority creditor's name and mailing address
Andrew Haines
72877 26th Street
South Haven, MI 49090

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $2,304.00    **Priority amount** $2,304.00

Date or dates debt was incurred
2025

Basis for the claim:
Vacation Hours Earned

Last 4 digits of account number n/a

Is the claim subject to offset?

■ No

☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Debtor    W Legacy Holdings, Inc.                                    Case number (if known)
_____
          Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25,870.50 | $25,870.50 |

Brian Thomas
3856 Madison Avenue
Bridgman, MI 49106

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2025

Basis for the claim:
Vacation Hours Earned

Last 4 digits of account number n/a

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.4 | Priority creditor's name and mailing address | | $2,971.60 | $2,971.60 |

Cassandra Geary
5981 McKinley
Coloma, MI 49038

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2025

Basis for the claim:
Vacation Hours Earned

Last 4 digits of account number n/a

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.5 | Priority creditor's name and mailing address | | $4,577.44 | $4,577.44 |

Cheryl Rempala
602 South 27th Street
South Bend, IN 46615

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2025

Basis for the claim:
Vacation Hours Earned

Last 4 digits of account number n/a

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.6 | Priority creditor's name and mailing address | | $33,553.83 | $33,553.83 |

Chris Champion
2209 West John Beers Road
Stevensville, MI 49127

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2025

Basis for the claim:
Vacation Hours Earned

Last 4 digits of account number n/a

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor    **W Legacy Holdings, Inc.**                                    Case number (if known)  _____
          Name

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,128.32 | $2,128.32 |

Christopher Glasovatz
6127 Red Arrow Hwy
Apt 3K
Stevensville, MI 49127

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2025

Basis for the claim:
Vacation Hours Earned

Last 4 digits of account number n/a

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $592.00 | $592.00 |

Christopher Miles
45267 76th Street
Covert, MI 49043

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2025

Basis for the claim:
Vacation Hours Earned

Last 4 digits of account number n/a

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $284.00 | $284.00 |

Danielle Porter
375 Pipestone
Benton Harbor, MI 49022

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2025

Basis for the claim:
Vacation Hours Earned

Last 4 digits of account number n/a

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,632.00 | $1,632.00 |

David Block
2868 West Trail Road
Saint Joseph, MI 49085

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2025

Basis for the claim:
Vacation Hours Earned

Last 4 digits of account number n/a

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | W Legacy Holdings, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**2.11** Priority creditor's name and mailing address
Deann Main
1386 West Glenlord Rd.
Saint Joseph, MI 49085

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$24,300.00    $24,300.00

Date or dates debt was incurred
2025

Basis for the claim:
Vacation Hours Earned

Last 4 digits of account number n/a

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**2.12** Priority creditor's name and mailing address
DeJaun Miller
2390 Kurt Road
Benton Harbor, MI 49022

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,896.00    $1,896.00

Date or dates debt was incurred
2025

Basis for the claim:
Vacation Hours Earned

Last 4 digits of account number n/a

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**2.13** Priority creditor's name and mailing address
Donald Tait, Jr.
627 Francis St.
South Haven, MI 49090

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,810.00    $3,810.00

Date or dates debt was incurred
2025

Basis for the claim:
Vacation Hours Earned

Last 4 digits of account number n/a

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**2.14** Priority creditor's name and mailing address
Doris Gathing
271 Fisk Road
Benton Harbor, MI 49022

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,604.40    $2,604.40

Date or dates debt was incurred
2025

Basis for the claim:
Vacation Hours Earned

Last 4 digits of account number n/a

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | W Legacy Holdings, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**2.15** Priority creditor's name and mailing address
Ed Dailey
5342 116th Ave
Fennville, MI 49408

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$197.76   $197.76

Date or dates debt was incurred
2025

Basis for the claim:
Vacation Hours Earned

Last 4 digits of account number n/a

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.16** Priority creditor's name and mailing address
Eddie Brown
1045 Douglas
Benton Harbor, MI 49022

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,500.00   $4,500.00

Date or dates debt was incurred
2025

Basis for the claim:
Vacation Hours Earned

Last 4 digits of account number n/a

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.17** Priority creditor's name and mailing address
Elizabeth Cattes
6259 Wilson Street
Coloma, MI 49038

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,304.00   $2,304.00

Date or dates debt was incurred
2025

Basis for the claim:
Vacation Hours Earned

Last 4 digits of account number n/a

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.18** Priority creditor's name and mailing address
Ernest Alsup
5430 East Napier
Benton Harbor, MI 49022

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,360.00   $3,360.00

Date or dates debt was incurred
2025

Basis for the claim:
Vacation Hours Earned

Last 4 digits of account number n/a

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor   W Legacy Holdings, Inc._____   Case number (if known) _____
         Name

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $720.00 | $720.00 |

**2.19** Priority creditor's name and mailing address
Frances Kemp
1550 Kay Drive
Benton Harbor, MI 49022

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$720.00   $720.00

Date or dates debt was incurred
2025

Basis for the claim:
Vacation Hours Earned

Last 4 digits of account number n/a

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.20** Priority creditor's name and mailing address
Franklin East, Jr.
50582 Pleasant St.
Dowagiac, MI 49047

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$22,915.41   $22,915.41

Date or dates debt was incurred
2025

Basis for the claim:
Vacation Hours Earned

Last 4 digits of account number n/a

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.21** Priority creditor's name and mailing address
Jake Everett
233 Hunter Drive
Benton Harbor, MI 49022

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,680.00   $1,680.00

Date or dates debt was incurred
2025

Basis for the claim:
Vacation Hours Earned

Last 4 digits of account number n/a

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.22** Priority creditor's name and mailing address
Jeremy Drane
9340 Old M-62
Eau Claire, MI 49111

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,092.00   $4,092.00

Date or dates debt was incurred
2025

Basis for the claim:
Vacation Hours Earned

Last 4 digits of account number n/a

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor   W Legacy Holdings, Inc.        Case number (if known) _____
     Name

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,384.00 | $10,384.00 |

**2.23** Priority creditor's name and mailing address
John Reizian
4419 Windiate Park Drive
Waterford, MI 48329

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$10,384.00    $10,384.00

Date or dates debt was incurred
2025

Basis for the claim:
Vacation Hours Earned

Last 4 digits of account number n/a

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.24** Priority creditor's name and mailing address
John Williams
100 Chestnut Street
Apt. 502
Dowagiac, MI 49047

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$632.00    $632.00

Date or dates debt was incurred
2025

Basis for the claim:
Vacation Hours Earned

Last 4 digits of account number n/a

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.25** Priority creditor's name and mailing address
Juvenal Piedra
1843 El Dorado Drive
Stevensville, MI 49127

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,460.00    $1,460.00

Date or dates debt was incurred
2025

Basis for the claim:
Vacation Hours Earned

Last 4 digits of account number n/a

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.26** Priority creditor's name and mailing address
Keith Busscher
29391 CR 687
Bangor, MI 49013

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,960.00    $3,960.00

Date or dates debt was incurred
2025

Basis for the claim:
Vacation Hours Earned

Last 4 digits of account number n/a

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | W Legacy Holdings, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**2.27** Priority creditor's name and mailing address
Kenneth Whise
2992 Dozer Drive
Saint Joseph, MI 49085

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$330.00   $330.00

Date or dates debt was incurred
2025

Basis for the claim:
Vacation Hours Earned

Last 4 digits of account number n/a

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.28** Priority creditor's name and mailing address
Kirk Latsch
4169 Riverside Rd.
Benton Harbor, MI 49022

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,280.00   $1,280.00

Date or dates debt was incurred
2025

Basis for the claim:
Vacation Hours Earned

Last 4 digits of account number n/a

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.29** Priority creditor's name and mailing address
Kwayne Bynum
490 2nd Street
Benton Harbor, MI 49022

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$897.00   $897.00

Date or dates debt was incurred
2025

Basis for the claim:
Vacation Hours Earned

Last 4 digits of account number n/a

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.30** Priority creditor's name and mailing address
Laurie Hasse
45551 Peninsula Drive East
Grand Junction, MI 49056

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$56,308.43   $56,308.43

Date or dates debt was incurred
2025

Basis for the claim:
Vacation Hours Earned

Last 4 digits of account number n/a

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | W Legacy Holdings, Inc. | Case number (if known) | |
|--------|-------------------------|------------------------|--|
| | Name | | |

**2.31** Priority creditor's name and mailing address
Lowell Bush
4960 Royal Curve
Saint Joseph, MI 49085

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$624.00     $624.00

Date or dates debt was incurred
2025

Basis for the claim:
Vacation Hours Earned

Last 4 digits of account number n/a

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.32** Priority creditor's name and mailing address
Maria Velez
10844 Ridgewood Trail
Berrien Springs, MI 49103

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,788.80     $3,788.80

Date or dates debt was incurred
2025

Basis for the claim:
Vacation Hours Earned

Last 4 digits of account number n/a

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.33** Priority creditor's name and mailing address
Marktis Johnson
432 Empire
Benton Harbor, MI 49022

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$800.00     $800.00

Date or dates debt was incurred
2025

Basis for the claim:
Vacation Hours Earned

Last 4 digits of account number n/a

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.34** Priority creditor's name and mailing address
Michael Carr
6617 103rd Ave South
South Haven, MI 49090

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$6,539.20     $6,539.20

Date or dates debt was incurred
2025

Basis for the claim:
Vacation Hours Earned

Last 4 digits of account number n/a

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor    W Legacy Holdings, Inc.                 Case number (if known) _____
<br>Name

| | | |
|---|---|---|
| **2.35** Priority creditor's name and mailing address<br>Michael Hosier<br>1727 Matthew Ct.<br>Saint Joseph, MI 49085 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,961.28    $2,961.28 |
| Date or dates debt was incurred<br>2025 | Basis for the claim:<br>Vacation Hours Earned | |
| Last 4 digits of account number n/a | Is the claim subject to offset? | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | |

| | | |
|---|---|---|
| **2.36** Priority creditor's name and mailing address<br>Michael Krzemen<br>00500 62nd Street<br>South Haven, MI 49090 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,536.00    $1,536.00 |
| Date or dates debt was incurred<br>2025 | Basis for the claim:<br>Vacation Hours Earned | |
| Last 4 digits of account number n/a | Is the claim subject to offset? | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | |

| | | |
|---|---|---|
| **2.37** Priority creditor's name and mailing address<br>Michelle Glasco<br>1580 Johnson Ave<br>Benton Harbor, MI 49022 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $560.00    $560.00 |
| Date or dates debt was incurred<br>2025 | Basis for the claim:<br>Vacation Hours Earned | |
| Last 4 digits of account number n/a | Is the claim subject to offset? | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | |

| | | |
|---|---|---|
| **2.38** Priority creditor's name and mailing address<br>Michelle Palmer<br>2088 Empire Ave, Lot 15<br>Benton Harbor, MI 49022 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $770.00    $770.00 |
| Date or dates debt was incurred<br>2025 | Basis for the claim:<br>Vacation Hours Earned | |
| Last 4 digits of account number n/a | Is the claim subject to offset? | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | |

| Debtor | W Legacy Holdings, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**2.39** Priority creditor's name and mailing address
Pedro Gutierrez
75760 CR380
South Haven, MI 49090

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$6,600.00    $6,600.00

Date or dates debt was incurred
2025

Basis for the claim:
Vacation Hours Earned

Last 4 digits of account number n/a

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.40** Priority creditor's name and mailing address
Raul Lara
Po Box 4574
McAllen, TX 78502-4574

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$8,846.72    $8,846.72

Date or dates debt was incurred
2025

Basis for the claim:
Vacation Hours Earned

Last 4 digits of account number n/a

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.41** Priority creditor's name and mailing address
Richard Binns
7911 Deans Hill Road
Berrien Center, MI 49102

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,440.00    $2,440.00

Date or dates debt was incurred
2025

Basis for the claim:
Vacation Hours Earned

Last 4 digits of account number n/a

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.42** Priority creditor's name and mailing address
Richard Justice
7604 Red Arrow Hwy
#152
Watervliet, MI 49098

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,428.68    $1,428.68

Date or dates debt was incurred
2025

Basis for the claim:
Vacation Hours Earned

Last 4 digits of account number n/a

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor    **W Legacy Holdings, Inc.**
Name

Case number (if known) _____

---

**2.43** Priority creditor's name and mailing address

Robert Hoffman
1390 St James Street
Benton Harbor, MI 49022

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2025

Basis for the claim:
Vacation Hours Earned

Last 4 digits of account number n/a

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

$1,420.00    $1,420.00

---

**2.44** Priority creditor's name and mailing address

Russell Herman
9415 E. Northbranch
Watervliet, MI 49098

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2025

Basis for the claim:
Vacation Hours Earned

Last 4 digits of account number n/a

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

$4,752.00    $4,752.00

---

**2.45** Priority creditor's name and mailing address

Sanchez Harden
1290 Superior Street
Benton Harbor, MI 49022

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2025

Basis for the claim:
Vacation Hours Earned

Last 4 digits of account number n/a

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

$86.00    $86.00

---

**2.46** Priority creditor's name and mailing address

Sara Simkins

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2025

Basis for the claim:
Vacation Hours Earned

Last 4 digits of account number n/a

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

$2,165.40    $2,165.40

---

| Debtor | W Legacy Holdings, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**2.47** Priority creditor's name and mailing address
Stacy Lein
5030 Meadowbrook Road
Eau Claire, MI 49111

$344.00   $344.00

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2025

Last 4 digits of account number n/a

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:
Vacation Hours Earned

Is the claim subject to offset?
■ No
☐ Yes

**2.48** Priority creditor's name and mailing address
Stehanie Walton
374 Hunter Drive
Benton Harbor, MI 49022

$4,119.44   $4,119.44

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2025

Last 4 digits of account number n/a

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:
Vacation Hours Earned

Is the claim subject to offset?
■ No
☐ Yes

**2.49** Priority creditor's name and mailing address
Tamara Shenenberger
345 Roland Avenue
Benton Harbor, MI 49022

$2,304.00   $2,304.00

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2025

Last 4 digits of account number n/a

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:
Vacation Hours Earned

Is the claim subject to offset?
■ No
☐ Yes

**2.50** Priority creditor's name and mailing address
Teresa Walker
221 South McCord
Benton Harbor, MI 49022

$984.00   $984.00

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2025

Last 4 digits of account number n/a

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:
Vacation Hours Earned

Is the claim subject to offset?
■ No
☐ Yes

Debtor   W Legacy Holdings, Inc.                                Case number (if known) _____
         Name

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $608.00 | $608.00 |

Thomas Pierce
410 North Front Street
Dowagiac, MI 49047

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2025

Basis for the claim:
Vacation Hours Earned

Last 4 digits of account number n/a

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.52 | Priority creditor's name and mailing address | | $1,751.20 | $1,751.20 |

Thomas Tomsheck
401 South Main Street
Berrien Springs, MI 49103

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2025

Basis for the claim:
Vacation Hours Earned

Last 4 digits of account number n/a

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.53 | Priority creditor's name and mailing address | | $952.00 | $952.00 |

Tiffany Nattee
533 Columbia Ave
Apt. A
South Bend, IN 46601

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2025

Basis for the claim:
Vacation Hours Earned

Last 4 digits of account number n/a

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.54 | Priority creditor's name and mailing address | | $2,172.80 | $2,172.80 |

Timmy Wilson
1622 Maiden Lane
Saint Joseph, MI 49085

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2025

Basis for the claim:
Vacation Hours Earned

Last 4 digits of account number n/a

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor   W Legacy Holdings, Inc.          Case number (if known) _____
_____
Name

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $320.00 | $320.00 |

**2.55** Priority creditor's name and mailing address
Timothy Walker
345 West May Street
Benton Harbor, MI 49022

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$320.00     $320.00

Date or dates debt was incurred
2025

Basis for the claim:
Vacation Hours Earned

Last 4 digits of account number n/a

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.56** Priority creditor's name and mailing address
William Mannino
4999 Paw Paw Lake Rd.
Coloma, MI 49038

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,150.16     $3,150.16

Date or dates debt was incurred
2025

Basis for the claim:
Vacation Hours Earned

Last 4 digits of account number n/a

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.57** Priority creditor's name and mailing address
Yaquina Walker
379 Eloise Drive
Benton Harbor, MI 49022

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,186.08     $4,186.08

Date or dates debt was incurred
2025

Basis for the claim:
Vacation Hours Earned

Last 4 digits of account number n/a

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** Nonpriority creditor's name and mailing address
ACF Global Logistics
1737 Spring Arbor Rd #224
Jackson, MI 49203

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$55,733.28

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: Ordinary Operating Expense

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address
ACF Global Logistics
1737 Spring Arbor Rd #224
Jackson, MI 49203

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$91,088.70

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: Misc. Expense

Is the claim subject to offset? ■ No  ☐ Yes

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page 15 of 33

Debtor   W Legacy Holdings, Inc.                          Case number (if known) _____
         Name

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $80,046.36 |

Acypsa Aceros Y Prensas
GUADALUPE 815, COL PARAISO  G
Guadalupe NL, Mexico 67140

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Misc. Expense

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $56,400.00 |

Agrati Park Forest
PO Box 850095
Minneapolis, MN 55485

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Inventory Expense

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $46,301.21 |

Airgas USA LLC
PO Box 734445  Chicago
Chicago, IL 60673-4445

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Operating Expense

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,086.72 |

Ajacs
PO Box 9316
Grand Rapids, MI 49509

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Misc. Expense

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,243.52 |

Ajacs
PO Box 9316
Grand Rapids, MI 49509

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Misc. Expense

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $92.00 |

All Cities Occupational
3333 South State Street
Saint Joseph, MI 49085

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Health Ins.

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $655.08 |

American Safety and First Aid
PO Box 59
Osceola, IN 46561

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Misc. Expense

Is the claim subject to offset? ■ No  ☐ Yes

---

Official Form 206 E/F        **Schedule E/F: Creditors Who Have Unsecured Claims**        **Page 16 of 33**

| Debtor | W Legacy Holdings, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.10** | **Nonpriority creditor's name and mailing address**
Amerigas
PO Box 371473
Pittsburgh, PA 15250-7473

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$2,877.99

---

**3.11** | **Nonpriority creditor's name and mailing address**
Arvco Containers
NW 5447
PO Box 1450
Minneapolis, MN 55485-5447

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Operating Expense

Is the claim subject to offset? ■ No ☐ Yes

$14,612.78

---

**3.12** | **Nonpriority creditor's name and mailing address**
AT&T Mobility
PO Box 6463
Carol Stream, IL 60197-6463

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Operating Expesnse

Is the claim subject to offset? ■ No ☐ Yes

$422.33

---

**3.13** | **Nonpriority creditor's name and mailing address**
Balluff Inc.
3838 Solutions Center
Chicago, IL 60677-3008

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Misc. Expense

Is the claim subject to offset? ■ No ☐ Yes

$354.42

---

**3.14** | **Nonpriority creditor's name and mailing address**
Blaze Fire Protection Inc
3054 Northridge Drive NW
Grand Rapids, MI 49544

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Operating Expense

Is the claim subject to offset? ■ No ☐ Yes

$901.00

---

**3.15** | **Nonpriority creditor's name and mailing address**
Blue Cross Blue Shield
600 Layfayette
Detroit, MI 48226

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Health Ins.

Is the claim subject to offset? ■ No ☐ Yes

$156,859.24

---

**3.16** | **Nonpriority creditor's name and mailing address**
Brammall Supply Company
2179 Maiden Lane ACCT NO.1088
Saint Joseph, MI 49085

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Misc. Expense

Is the claim subject to offset? ■ No ☐ Yes

$450.02

---

Debtor    W Legacy Holdings, Inc.                        Case number (if known) _____
          Name

| 3.17 | **Nonpriority creditor's name and mailing address**<br>Bronson Plating<br>PO Box 69<br>135 Industrial<br>Bronson, MI 49028<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Operating Expense<br>Is the claim subject to offset? ■ No ☐ Yes | $2,160.00 |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>Brooks Wilkins Sharkey & Turco<br>401 S. Old Woodward Ave.<br>Suite 400<br>Birmingham, MI 48009<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Legal Fees<br>Is the claim subject to offset? ■ No ☐ Yes | $3,486.00 |
| 3.19 | **Nonpriority creditor's name and mailing address**<br>Bruce Weber<br>9689 Wall-Gene Rd<br>South Lyon, MI 48178<br>**Date(s) debt was incurred** 2026<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Consulting Services<br>Is the claim subject to offset? ■ No ☐ Yes | $23,000.00 |
| 3.20 | **Nonpriority creditor's name and mailing address**<br>CIA Sherwin Williams<br>Poniente 140 595<br>Mexico City NL, Mexico 02300<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Misc. Expense<br>Is the claim subject to offset? ■ No ☐ Yes | $127,392.50 |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>Cincinnati Insurance Company<br>Po Box 145620<br>Cincinnati, OH 45250-5620<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Insurance<br>Is the claim subject to offset? ■ No ☐ Yes | $6,647.00 |
| 3.22 | **Nonpriority creditor's name and mailing address**<br>Coilplus Mexicana SA de C.V.<br>Av. Lambda 1450 12-B<br>Parque Industrial Santa Maria,<br>Mexico<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Misc. Expense<br>Is the claim subject to offset? ■ No ☐ Yes | $1,179,940.29 |
| 3.23 | **Nonpriority creditor's name and mailing address**<br>CoilPlus Ohio, Inc<br>DEPT CH 17396<br>Palatine, IL 60055-7396<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Operating Expense<br>Is the claim subject to offset? ■ No ☐ Yes | $622,425.04 |

Debtor     W Legacy Holdings, Inc.                                          Case number (if known) _____
                    Name

**3.24** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $168,160.00
--- | --- | --- | ---

Competition Engineering
975 Comstock Street
Marne, MI 49435

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Misc. Expense

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.25** **Nonpriority creditor's name and mailing address**

Component Engineering
2630 Remico St SW
Wyoming, MI 49519

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Tooling Vendor

Is the claim subject to offset? ■ No  ☐ Yes

$380.00

---

**3.26** **Nonpriority creditor's name and mailing address**

Crown Lift Trucks
PO Box 641173
Cincinnati, OH 45264

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Misc. Expense

Is the claim subject to offset? ■ No  ☐ Yes

$5,282.19

---

**3.27** **Nonpriority creditor's name and mailing address**

Custom Tool & Die Company
7059 Red Arrow Hwy
Stevensville, MI 49127

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Misc. Expense

Is the claim subject to offset? ■ No  ☐ Yes

$29,020.00

---

**3.28** **Nonpriority creditor's name and mailing address**

Dekalb Metal Finishing
PO Box 70
Auburn, IN 46706

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Misc. Expense

Is the claim subject to offset? ■ No  ☐ Yes

$1,718.00

---

**3.29** **Nonpriority creditor's name and mailing address**

Durma North America Inc.
111 Premier Drive
Lake Orion, MI 48359

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Misc. Expense

Is the claim subject to offset? ■ No  ☐ Yes

$4,500.00

---

**3.30** **Nonpriority creditor's name and mailing address**

Dynamic Mechanical Services
1606 Chestnut Street
Mishawaka, IN 46545

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Tooling Vendor

Is the claim subject to offset? ■ No  ☐ Yes

$234,581.00

---

| Debtor | W Legacy Holdings, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.31** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$33,568.40**

Eclipse Tool & Die Inc.
4713 Circuit Court
Wayland, MI 49348

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Misc. Expense

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,169.57**

Ecolab Pest Elimination
26252 Network Place
Chicago, IL 60673-1262

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Misc. Expense

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.33** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$24,200.00**

Engineered Tooling Systems
2780 Courier Dr. NW
Grand Rapids, MI 49534

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Tooling Vendor

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,417.60**

Excelcuts S de RL de CV
DR. JESUS MA GONZALEZ 220
Monterrey NL, Ger 64640

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Misc. Expense

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,796.00**

Exotic Automation & Supply
53500 Grand River Avenue
New Hudson, MI 48165

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Misc. Expense

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.36** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$451.48**

Federal Express Corp.
PO Box 371461
Pittsburgh, PA 15250-7461

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Misc. Expense

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$123,306.29**

Freedom Finishing
2755 Meadowbrook Rd.
Benton Harbor, MI 49022

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Misc. Expense

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | W Legacy Holdings, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.38** Nonpriority creditor's name and mailing address
Good Metals Company
440 32nd Street, SW
Grand Rapids, MI 49548

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Misc. Expense

Is the claim subject to offset? ■ No ☐ Yes

$434.33

---

**3.39** Nonpriority creditor's name and mailing address
Grainger
Dept 810571208
Palatine, IL 60038-0001

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Misc. Expense

Is the claim subject to offset? ■ No ☐ Yes

$1,622.78

---

**3.40** Nonpriority creditor's name and mailing address
Grand Traverse Container
PO Box 7411115
Chicago, IL 60674-1115

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Misc. Expense

Is the claim subject to offset? ■ No ☐ Yes

$66,620.80

---

**3.41** Nonpriority creditor's name and mailing address
Great America Financial
Services Corporation
PO Box 609
Cedar Rapids, IA 52406

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Misc. Expense

Is the claim subject to offset? ■ No ☐ Yes

$349.69

---

**3.42** Nonpriority creditor's name and mailing address
Grow Michigan II, LLC
2 Lone Pine
Bloomfield Hills, MI 48304

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Misc. Expense

Is the claim subject to offset? ■ No ☐ Yes

$74,285.72

---

**3.43** Nonpriority creditor's name and mailing address
Hanson Beverage
355 W. Maiden Lane
Saint Joseph, MI 49085

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Misc. Expense

Is the claim subject to offset? ■ No ☐ Yes

$304.22

---

**3.44** Nonpriority creditor's name and mailing address
InCal Technologies Inc.
3870 E. Washington Road
Saginaw, MI 48601

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Misc. Expense

Is the claim subject to offset? ■ No ☐ Yes

$1,841.00

---

Debtor    W Legacy Holdings, Inc.
          Name
                                                            Case number (if known)

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $18,919.25 |
|---|---|---|---|

Indiana Michigan Power
PO Box 371496
Pittsburgh, PA 15250-7496

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Utilities

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $38,210.00 |
|---|---|---|---|

Insurance Management Service
501 Main Street, PO Box 88
Saint Joseph, MI 49085

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Misc. Expense

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $99.90 |
|---|---|---|---|

Iwata Bolt USA Inc.
PO Box 18435
Palatine, IL 60055-8435

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Inventory Items

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,972.50 |
|---|---|---|---|

J. DeFay Cleaners & Laundry
5846 Cleveland
Stevensville, MI 49127

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Misc. Expense

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,991.95 |
|---|---|---|---|

Kendall Electric Inc
1405 South M-139
Benton Harbor, MI 49022

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Misc. Expense

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $473,465.05 |
|---|---|---|---|

Kenwal Steel Corp (255)
PO Box 670758
Detroit, MI 48267-0758

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Misc. Expense

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $210,401.82 |
|---|---|---|---|

Kenwal Steel Corp (255)
PO Box 670758
Detroit, MI 48267-0758

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Misc. Expense

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page 22 of 33

Debtor    W Legacy Holdings, Inc.                                  Case number (if known) _____
          Name

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $61,095.00 |
|---|---|---|---|

King-Yu Mould LTD
1 Queen's Road Central
Hong Kong, Pearl River Delta

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $284,533.61 |
|---|---|---|---|

Kloecknew Metals de Mexico SA
de CV
PO Box 842820
Dallas, TX 75284-2820

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Misc. Expense

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,202.17 |
|---|---|---|---|

KSS Enterprises
5053 Sports Dr.
Kalamazoo, MI 49009

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Misc. Expense

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $454,384.51 |
|---|---|---|---|

Lear Corp
Av. Ejercito Nacional 6525
Cidudad Juarez, Chihuahua
Mexico 32603

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Misc. Expense

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,663.17 |
|---|---|---|---|

Materials Resources
815 Lester Ave.
Saint Joseph, MI 49085

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Misc. Expense

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,531.29 |
|---|---|---|---|

McMaster Carr Supply Co.
PO Box 7690
Chicago, IL 60680

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Misc. Expense

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,081.62 |
|---|---|---|---|

McMaster Carr Supply Co.
PO Box 7690
Chicago, IL 60680

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Misc. Expense

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | W Legacy Holdings, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.59** **Nonpriority creditor's name and mailing address**
Merle Boes Inc.
PO Box 1887
Holland, MI 49422-1887

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Misc. Expense

Is the claim subject to offset? ■ No ☐ Yes

$6,522.25

---

**3.60** **Nonpriority creditor's name and mailing address**
Michiana Supply Inc.
1502 Milton St.
Benton Harbor, MI 49022

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Misc. Expense

Is the claim subject to offset? ■ No ☐ Yes

$1,729.77

---

**3.61** **Nonpriority creditor's name and mailing address**
Michigan Gas Utilities
PO Box 6040
Carol Stream, IL 60197

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utilities

Is the claim subject to offset? ■ No ☐ Yes

$1,172.13

---

**3.62** **Nonpriority creditor's name and mailing address**
Michigan Manfacturing Tech Ctr

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Misc. Expense

Is the claim subject to offset? ■ No ☐ Yes

$10,423.20

---

**3.63** **Nonpriority creditor's name and mailing address**
Michigan Pallet Inc
1225 N Saginaw
PO Box 97
Saint Charles, MI 48655

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Misc. Expense

Is the claim subject to offset? ■ No ☐ Yes

$6,125.60

---

**3.64** **Nonpriority creditor's name and mailing address**
Michigan Pattern Works Inc.
872 Grandville Ave SW
Grand Rapids, MI 49503

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Misc. Expense

Is the claim subject to offset? ■ No ☐ Yes

$6,755.00

---

**3.65** **Nonpriority creditor's name and mailing address**
Midwest Press & Automation LLC
2904 Snow Road
Lansing, MI 48917

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Misc. Expense

Is the claim subject to offset? ■ No ☐ Yes

$31,125.89

---

Debtor    W Legacy Holdings, Inc. _____     Case number (if known) _____
          Name

| 3.66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $112,850.95 |

Mill Steel
Dept 77484 PO Box 77000
Detroit, MI 48277-0484

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  Misc. Expense

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $44,699.40 |

Miniature Custom Manufacturing
170 N. Leja Drive
Vicksburg, MI 49097

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  Tooling Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $10,072.00 |

Modineer
2102 South 11th Street
Niles, MI 49120

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  Inventory Items

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $10,296.80 |

Moeller Manufacturing
30893 Century Dr.
Wixom, MI 48393

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  Misc. Expense

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

Molding Solutions, Inc.

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  Lawsuit: Berrienc County Circuit Court Case No. 25-0106-CB-H

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,310.76 |

MSC Industrial Supply
PO Box 953635
Saint Louis, MO 63195-3635

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  Misc. Expense

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $8,475.75 |

Mutual of Omaha
Payment Processing Center
PO Box 2147
Omaha, NE 68103-2147

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  Insurance

Is the claim subject to offset? ■ No ☐ Yes

Debtor  W Legacy Holdings, Inc.                                          Case number (if known) _____
         Name

| | 3.73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $12,730.00 |

**3.73** **Nonpriority creditor's name and mailing address**
Orion Manufacturing Inc
480 Apple Tree Dr
Ionia, MI 48846

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Misc. Expense

Is the claim subject to offset? ■ No  ☐ Yes

$12,730.00

---

**3.74** **Nonpriority creditor's name and mailing address**
Pannier Corporation
207 Sandusky Street
Pittsburgh, PA 15212

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee Expense

Is the claim subject to offset? ■ No  ☐ Yes

$7,715.00

---

**3.75** **Nonpriority creditor's name and mailing address**
Penske Truck Leasing CO LP
PO Box 827380
Philadelphia, PA 19182-7380

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Misc. Expense

Is the claim subject to offset? ■ No  ☐ Yes

$4,443.58

---

**3.76** **Nonpriority creditor's name and mailing address**
Plante & Moran PLLC
16060 Collections Center Dr
Chicago, IL 60693

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounting Services

Is the claim subject to offset? ■ No  ☐ Yes

$43,000.00

---

**3.77** **Nonpriority creditor's name and mailing address**
PNC Bank Credit Card
PNC Bank Credit Card
Saint Joseph, MI 49085

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Services

Is the claim subject to offset? ■ No  ☐ Yes

$32,116.00

---

**3.78** **Nonpriority creditor's name and mailing address**
Precision Electric Inc
1508 West Sixth Street
Mishawaka, IN 46544

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Misc. Expense

Is the claim subject to offset? ■ No  ☐ Yes

$2,852.69

---

**3.79** **Nonpriority creditor's name and mailing address**
Pro Pack
6727 Guion Road
Indianapolis, IN 46268

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Misc. Expense

Is the claim subject to offset? ■ No  ☐ Yes

$1,196.71

---

Debtor    W Legacy Holdings, Inc.                                    Case number (if known)
          Name

| 3.80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $74,505.93 |
|---|---|---|---|

ProAct Inc
PO Box 1179
Buffalo, NY 14240

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: Insurance

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,180.78 |
|---|---|---|---|

PVI Industrial Washing
2886 Clydon
Wyoming, MI 49519

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: Misc. Expense

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,150.72 |
|---|---|---|---|

Republic Services
PO Box 71068
Charlotte, NC 28272-1068

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: Utilities

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $249.00 |
|---|---|---|---|

Richard Pilat DDS
PO Box 8
110 S. Broadway ST.
Cassopolis, MI 49031

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: Misc. Expense

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $100.00 |
|---|---|---|---|

Rx Optical Laboratories Inc
"3013 Oakland Dr STE 8
Kalamazoo, MI 49008-5901

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: Misc. Expense

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $338.43 |
|---|---|---|---|

Safety Kleen Systems Inc
PO Box 975201
Dallas, TX 75397-5201

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: Misc. Expense

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,200.00 |
|---|---|---|---|

Scott Steel LLC
P.O. Box 244
Middletown, OH 45042-0244

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: Inventory

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    W Legacy Holdings, Inc.                                  Case number (if known) _____
           Name

| 3.87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $22,063.51 |

Seaver Finishing Inc
16900 Hayes Street
Grand Haven, MI 49417

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Outside Processing

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $26,000.00 |

Service Tool & Plastic
2323 S Green St
Henderson, KY 42420

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Misc. Expense

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $10,908.00 |

Shamrock International
Fasteners
1475 East Industrial Drive
Itasca, IL 60143-1849

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Misc. Expense

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $50,467.48 |

Soltech INC
"62375 Collections Center Driv
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Misc. Expense

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $21,862.71 |

South Haven Finishing Inc
1610 Stieve Drive
South Haven, MI 49090

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Misc. Expense

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,404.33 |

South Haven Packaging Inc
73475 8th Ave
South Haven, MI 49090

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Misc. Expense

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $384.55 |

Southwestern Supply Corp
4728 Niles Rd
Saint Joseph, MI 49085

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Misc. Expense

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor      W Legacy Holdings, Inc.                                        Case number (if known)
                    Name

| 3.94 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $18,416.02 |
|---|---|---|---|

Steel Technologies de Mex
Av. Federalismo #204
Fracc. Industrial La Silla
Guadalupe NL Mexico

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Misc. Expense

Is the claim subject to offset? ■ No  ☐ Yes

| 3.95 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $12,175.00 |
|---|---|---|---|

Stewart Engineering & Sales Co
2140 Aurora Avenue
Muskegon, MI 49442

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Misc. Expense

Is the claim subject to offset? ■ No  ☐ Yes

| 3.96 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $27,923.63 |
|---|---|---|---|

Stratosphere Quality
12024 Exit Five Parkway
Fishers, IN 46037

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Misc. Expense

Is the claim subject to offset? ■ No  ☐ Yes

| 3.97 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $233.00 |
|---|---|---|---|

Summit Fire Protection
PO Box 851675
Minneapolis, MN 55485

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Misc. Expense

Is the claim subject to offset? ■ No  ☐ Yes

| 3.98 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $529,650.00 |
|---|---|---|---|

Target Steel Inc.
Dept. 78017
PO Box 77000
Detroit, MI 48278

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Misc. Expense

Is the claim subject to offset? ■ No  ☐ Yes

| 3.99 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $173.82 |
|---|---|---|---|

The PPM Group Inc
6475 Technology Ave Suite C
Kalamazoo, MI 49009-7133

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Misc. Expense

Is the claim subject to offset? ■ No  ☐ Yes

| 3.100 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,663.69 |
|---|---|---|---|

Tox Pressotechnik LLC
4250 Weaver Parkway
Warrenville, IL 60555

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Misc. Expense

Is the claim subject to offset? ■ No  ☐ Yes

Debtor __W Legacy Holdings, Inc.__                     Case number (if known) _____
         Name

| 3.101 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $736.35 |

Toyota Industries Commercial
PO Box 660926
Dallas, TX 75266-0926

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Misc. Expense

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,984.86 |

Toyota Tsusho America, Inc.
700 Triport Road
Georgetown, KY 40324

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Inventory

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $121,127.22 |

Toyota Tsusho Processing
de Mexico SA de CV
Avenida Central 585 Parque Log
San Luis Potosi Coahila Mexico
  79395

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Misc. Expense

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $305.08 |

Travers Tool Co Inc
PO Box 36114
Newark, NJ 07188-6114

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Misc. Expense

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $50,459.85 |

Triangle Rubber & Plastics
PO Box 95
Goshen, IN 46527

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Misc. Expense

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,557.51 |

Triplex Plating Co.
1555 E. US Hwy 12
Michigan City, IN 46360

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Misc. Expense

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $548.14 |

Uline
Po Box 88741
Chicago, IL 60680-1740

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Misc. Expense

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __W Legacy Holdings, Inc.__                    Case number (if known) _____
                Name

| 3.108 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,423.75 |

UNIFIRST CORPORATION - Dallas
PO Box 650481
Dallas, TX 75265

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Misc. Expense_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $10,084.50 |

Unipro
985 Grand Rapids St
Middleville, MI 49333

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Misc. Expense_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $286.91 |

United Parcel Service
PO Box 809488
Chicago, IL 60680-9488

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Freight_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $8,707.45 |

US Business Systems
3221 Southview Dr.
Elkhart, IN 46514

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Misc. Expense_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $240,897.85 |

Venture Steel
3600 Military Street
Detroit, MI 48210

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Misc. Expense_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $920,624.62 |

Venture Steel de Mexico S
de RL de CV
Blvd. Beta No. 3170
Mexico, NL Mexico 66265

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Misc. Expense_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,673.92 |

Verizon Wireless
PO Box 15062
Albany, NY 12212-5062

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Utility_

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   W Legacy Holdings, Inc.                                      Case number (if known) _____
             Name

| | |
|---|---|
| **3.115** | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
Weldstar Company
P.O. Box 1150
Aurora, IL 60507

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utilities

Is the claim subject to offset? ■ No ☐ Yes

$490.70

---

**3.116   Nonpriority creditor's name and mailing address**
Welsh & Associates, Inc.
141 E. Michigan Ave.
Suite 300
Kalamazoo, MI 49007

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Professional Services

Is the claim subject to offset? ■ No ☐ Yes

$26,177.39

---

**3.117   Nonpriority creditor's name and mailing address**
West Michigan Coating
3150 Fruitridge Ave
Grand Rapids, MI 49534

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Outside Processing

Is the claim subject to offset? ■ No ☐ Yes

$101,121.28

---

**3.118   Nonpriority creditor's name and mailing address**
Wilson Tool International Inc.
PO Box 735292
Chicago, IL 60673-5292

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Misc. Expense

Is the claim subject to offset? ■ No ☐ Yes

$14,235.66

---

**3.119   Nonpriority creditor's name and mailing address**
Wolverine Real Estate, LLC

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent Arrears

Is the claim subject to offset? ■ No ☐ Yes

$164,000.00

---

**3.120   Nonpriority creditor's name and mailing address**
XPO Logistics
PO Box 660006
Dallas, TX 75266-0006

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Freight

Is the claim subject to offset? ■ No ☐ Yes

$3,380.77

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

Debtor __W Legacy Holdings, Inc._____   Case number (if known) _____
      Name

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | 9th Circuit Court<br>330 Eleanor Street<br>Case No. 26-0113<br>Kalamazoo, MI 49007 | Line  3.116<br><br>☐  Not listed. Explain ____ | _ |
| 4.2 | Berrien County Circuit Court<br>2nd Circuit Court<br>811 Port Street<br>Case No. 25-0106-CB-H<br>Saint Joseph, MI 49085 | Line  3.70<br><br>☐  Not listed. Explain ____ | _ |
| 4.3 | Bodman<br>Attn. Ralph E. McDowell<br>1901 St. Antoine St.<br>6th Floor at Ford Field<br>Detroit, MI 48226 | Line  3.55<br><br>☐  Not listed. Explain ____ | _ |
| 4.4 | Bruce S. Nathan<br>Lownstein Sandler, LLP<br>1251 Avenue of the Americas<br>New York, NY 10020 | Line  3.23<br><br>☐  Not listed. Explain ____ | _ |
| 4.5 | Kries, Enderle, Hudgins,<br>& Borsos, PC<br>Attn: Julia T. Kemple-Johnson<br>Po Box 4010<br>Kalamazoo, MI 49003 | Line  3.116<br><br>☐  Not listed. Explain ____ | _ |
| 4.6 | Miller Johnson<br>Attn: Christopher Schneider<br>45 Ottawa Ave SW<br>Suite 1100<br>Grand Rapids, MI 49503 | Line  3.70<br><br>☐  Not listed. Explain ____ | _ |
| 4.7 | Revision Legal<br>Attn: Christopher Carol<br>444 Cass St.<br>Suite D<br>Traverse City, MI 49684 | Line  3.91<br><br>☐  Not listed. Explain ____ | _ |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 290,004.45 |
| **5b. Total claims from Part 2** | 5b.  **+** | $ 7,652,224.28 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 7,942,228.73 |

**Fill in this information to identify the case:**

Debtor name    W Legacy Holdings, Inc.

United States Bankruptcy Court for the:   WESTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Consulting Agreement - Bruce Weber | |
| | State the term remaining | | Weber Properties |
| | List the contract number of any government contract | | 9689 Wall-Gene Rd South Lyon, MI 48178 |

**Fill in this information to identify the case:**

Debtor name    W Legacy Holdings, Inc.

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                           12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | _____ | _____ Street _____ City        State        Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.2 | _____ | _____ Street _____ City        State        Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.3 | _____ | _____ Street _____ City        State        Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 | _____ | _____ Street _____ City        State        Zip Code | _____ | ☐ D ☐ E/F ☐ G |

**Fill in this information to identify the case:**

Debtor name    W Legacy Holdings, Inc.

United States Bankruptcy Court for the:   WESTERN DISTRICT OF MICHIGAN

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From 1/01/2026 to Filing Date | ■ Operating a business<br>☐ Other _____ | $0.00 |
| For prior year:<br>From 1/01/2025 to 12/31/2025 | ■ Operating a business<br>☐ Other _____ | $61,920,899.00 |
| For year before that:<br>From 1/01/2024 to 12/31/2024 | ■ Operating a business<br>☐ Other _____ | $71,131,676.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From 1/01/2025 to 12/31/2025 | Asset Sale | $47,364,309.00 |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor   W Legacy Holdings, Inc.                                      Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.   See Attached Exhibit A | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Ordinary Creditors |
| 3.2.   See Attached Exhibit B | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Creditors paid at closing. |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   Welsh & Associates, Inc. v. Wolverine Metal Stamping, Inc. 26-0113 | Civil | 9th Circuit Court 330 Eleanor Street Kalamazoo, MI 49001 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    W Legacy Holdings, Inc.    Case number *(if known)*

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | Molding Solutions, Inc. v. Wolverine Metal Stamping, Inc. 25-0106 | Civil | Berrien County Judicial Court 2nd Circuit Court 811 Port Street Saint Joseph, MI 49085 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | Charitable Organizations | $12,500.00 during tax year 2024<br>$10,000.00 to Big Brothers of Greater Milwaukee<br>$2,500.00 to St. Joseph High School | Tax Year 2024 | $12,500.00 |
| | **Recipients relationship to debtor** | | | |

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| 2024 St. Joseph fire in compressor room. | Toal claim of approximtley $100,000.00 (approximately $70,000.00 for a new compressor and approximately $30,000.00 of ancillary soft costs related to remediating fire damage to the room and reinstalling the new compressor).   Loss occurred in 2024, but insurance funds were partially paid in 2025. | Summer 2024 | $100,000.00 |
| Vehicle Accident | Mercedes SUV rollover accident.  Vehicle was totalled.  Total loss of approximately $37,000.00, reduced by balance to Mercedes as loss payee of approximately $12,000.00. | November 2025 | $37,000.00 |

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**

Debtor    W Legacy Holdings, Inc.                                    Case number *(if known)*

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | CBH Attorneys & Counselors, PLLC. MAIN OFFICE 25 Division Avenue S., Suite 500 Grand Rapids, MI 49503 | Flat Fee for Chapter 7: $15,000.00, including filing fee. | | $15,000.00 |
| | **Email or website address** nikki@chasebylenga.com | | | |
| | **Who made the payment, if not debtor?** From Sale of Debtor's Assets | | | |
| 11.2. | CBH Attorneys & Counselors, PLLC. MAIN OFFICE 25 Division Avenue S., Suite 500 Grand Rapids, MI 49503 | $15,000.00 for Attorney Fees Related to Review of Financials, Analysis of UCC's, Analysis of Options, and Communications with Creditors. | | $15,000.00 |
| | **Email or website address** nikki@chasebylenga.com | | | |
| | **Who made the payment, if not debtor?** From Sale of Debtor's Assets | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Ordinary Buyer | Sold 2020 F150 | Fall 2025 | $0.00 |
| | **Relationship to debtor** None | | | |

Debtor  W Legacy Holdings, Inc. _____  Case number *(if known)* _____

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.2. | Modineer Wolverine, LLC<br>2102 South 11th Street<br>Niles, MI 49120 | On December 31, 2025, Debtor sold substantially all of its assets, and the assets of its affiliated companies, to Modineer Wolverine, LLC pursuant to an Assets Purchase Agreement executed between the parties.  The Purchase Price under the APA was $50,179,968.00; however, upon information and belief, Modineer Wolverine, LLC ultimately paid $51,815,270.00. Modineer allocated $47,364,309.00 to Debtor with the remaining sale proceeds allocated for the purchase of the affiliated entities. | December 31, 2025 | $51,815,270.00 |
| | **Relationship to debtor**<br>Buyer | | | |

---

## Part 7:   Previous Locations

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ■ Does not apply

   | Address | Dates of occupancy<br>From-To |
   |---|---|

## Part 8:   Health Care Bankruptcies

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

   | Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If  debtor provides meals<br>and housing, number of<br>patients in debtor's care |
   |---|---|---|

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ■ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ☐ No. Go to Part 10.
   ■ Yes. Does the debtor serve as plan administrator?

   ☐ No Go to Part 10.
   ■ Yes. Fill in below:

   | Name of plan | Employer identification number of the plan |
   |---|---|
   | Wolverine Metal Stamping, Inc. Employees 401(k) Profit Sharing Plan | EIN:  38-1504036 |

Debtor    W Legacy Holdings, Inc.                                    Case number *(if known)* _____

Has the plan been terminated?
☐ No
■ Yes

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

## Part 12:    Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■    No.
    ☐    Yes. Provide details below.

Debtor    W Legacy Holdings, Inc. _____      Case number *(if known)* _____

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.  2m Leasing, Inc. | Holding Company for Leased Airplane.  Wholly owned by Debtor. Company ceased operations in  no longer operating.  Aircraft was sold in 2023. | **EIN:**<br><br>**From-To** |
| 25.2.  Estampados de Coahuila s de RL de CV | Manufacturing Company in Mexico. Debtor owned a 50% interest.  Sold to Modineer on December 31, 2025 | **EIN:**<br><br>**From-To** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    Plante & Moran, PLLC<br>750 Trade Center Way, Ste. 300<br>Portage, MI 49002 | 2001 to Present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.    Plante & Moran, PLLC<br>750 Trade Center Way, Ste. 300<br>Portage, MI 49002 | 2001 to Present |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

Debtor    W Legacy Holdings, Inc.                                                    Case number *(if known)*

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    Plante & Moran, PLLC<br>750 Trade Center Way, Ste. 300<br>Portage, MI 49002 | 2001 to Present |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■    No
☐    Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Tiffany Jackson | | CEO/Secretary | 0% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Bruce Weber | 9689 Wall-Gene Rd<br>South Lyon, MI 48178 | President/CFO | 0% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐    No
■    Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Laurie Hasse | 45551 Peninsula Drive East<br>Grand Junction, MI 49056 | Former Member of Board of Directors | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| George Caplea | 4983 Scenic Creek Dr.<br>Powell, OH 43065 | Former Chairman of Board of Directors | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Rob DePierre | | Former Vice Chairman of Board of Directors | |

Debtor    W Legacy Holdings, Inc. _____    Case number *(if known)* _____

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Carl Warren | | Former Member of Board of Directors | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Chris Neuser | | Former Member of Board of Directors | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Tom Yeager | 544 Ridgway St Saint Joseph, MI 49085 | Former Member of Board of Directors | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| John Janik | 3510 Wyndwicke Dr Saint Joseph, MI 49085 | Former Member of Board of Directors | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Darren Malek | 107 W. Michigan Suite 500 Kalamazoo, MI 49007 | Former Member of Board of Directors & Outside Counsel | |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐   No
■   Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | | | | $1,000.00 per meeting of Board of Directors $11,000.00 Distribution (Lost Dunne Membership - used for Board of Directors Meetings) |
| | Tiffany Jackson | $4,000.00 Board of Directors $11,000.00 Distribution | 2025 | |
| | **Relationship to debtor** CEO | | | |
| 30.2. | Tom Yeager 544 Ridgway St Saint Joseph, MI 49085 | $1,000.00 | 2025 | $1,000.00 per meeting of Board of Directors (left board in early 2025). |
| | **Relationship to debtor** Former Member Board of Directors | | | |

Debtor    W Legacy Holdings, Inc.                                    Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.3. | Jako Holdings, LLC<br>3510 Wyndwicke Dr<br>Saint Joseph, MI 49085 | $33,500.00 | 2025 | Jako Holdings, LLC is owned by former Board of Directors member John Janik.  Jacko Holdings, LLC was paid $2,500.00 monthly for consulting. |
| | **Relationship to debtor**<br>Company owned by John Janik | | | |
| 30.4. | Weber Properties<br>9689 Wall-Gene Rd<br>South Lyon, MI 48178 | $294,150.00 | 2025 | Consulting/Employment Agreement |
| | **Relationship to debtor**<br>CFO | | | |
| 30.5. | Bruce Weber<br>9689 Wall-Gene Rd<br>South Lyon, MI 48178 | $4000 | 2025 | $1,000 per Board of Directors Meeting |
| | **Relationship to debtor**<br>CFO | | | |
| 30.6. | All Star Consulting<br>4983 Scenic Creek Dr.<br>Powell, OH 43065 | $63,000.00 | $5,000.00 monthly | |
| | **Relationship to debtor**<br>Company owned by George Caplea | | | |
| 30.7. | Laurie Hasse<br>45551 Peninsula Drive East<br>Grand Junction, MI 49056 | Salary $165,000.00 per year | Various | Salary of $165,000.00 per year paid through payroll. |
| | **Relationship to debtor**<br>Former Member of Board of Directors | | | |
| 30.8. | Veritas Law Group<br>107 W. Michigan Suite 500<br>Kalamazoo, MI 49007 | | Vaious | Payment of Invoices for Legal Counsel |
| | **Relationship to debtor**<br>Law Firm of Darren Malek, Former Member of Board of Directors and Outside Counsel | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■  No

☐  Yes. Identify below.

Debtor  W Legacy Holdings, Inc.                                    Case number (if known) _____

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:  Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on          March 19, 2026

/s/ Bruce F. Weber                                          Bruce F. Weber
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    President and CFO

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

# EXHIBIT A

# 90 Day A/P Payments (Excluding Sale Proceeds)

| Vendor | Currency | Vendor Description | Reference | Posting Date | Payment Type | Invoice # | Payment Amount |
|---|---|---|---|---|---|---|---|
| Atlas Steel | USD | Atlas Steel | ACH # 6626 | 12/19/2025 | ACH | SI-48144 | $23,025.90 |
| **Totals** | | | | | | | **$23,025.90** |
| Coilplus Mexicana S.A. de C.V. | USD | Coilplus Mexicana S.A. de C.V. | ACH # 6631 | 12/22/2025 | ACH | 6768 | $54,103.68 |
| | USD | Coilplus Mexicana S.A. de C.V. | ACH # 6631 | 12/22/2025 | ACH | 6807 | $32,392.54 |
| **Totals** | | | | | | | **$86,496.22** |
| CoilPlus Ohio, Inc | USD | CoilPlus Ohio, Inc | ACH # 6629 | 12/22/2025 | ACH | OH1 SI-34871 | $28,162.49 |
| | USD | CoilPlus Ohio, Inc | ACH # 6629 | 12/22/2025 | ACH | OH1 SI-35146 | $21,628.91 |
| | USD | CoilPlus Ohio, Inc | ACH # 6629 | 12/22/2025 | ACH | OH1 SI-35153 | $20,741.72 |
| | USD | CoilPlus Ohio, Inc | ACH # 6629 | 12/22/2025 | ACH | OH1 SI-35178 | $29,008.59 |
| **Totals** | | | | | | | **$99,541.71** |
| GM Financial | USD | GM Financial | Cheque # 87202 | 12/31/2025 | Cheque | 211049501799 | $11,088.23 |
| **Totals** | | | | | | | **$11,088.23** |
| Great America Financial Svcs. | USD | Great America Financial Svcs. | ACH # 6644 | 1/2/2026 | ACH | 40747213 | $349.69 |
| | USD | Great America Financial Svcs. | ACH # 6637 | 12/30/2025 | ACH | 40735024-1 | $1,537.34 |
| | USD | Great America Financial Svcs. | ACH # 6637 | 12/30/2025 | ACH | 40735024-2 | $207.40 |
| | USD | Great America Financial Svcs. | Cheque # 87203 | 12/31/2025 | Cheque | QT2893622 | $16,436.49 |
| | USD | Great America Financial Svcs. | Cheque # 87203 | 12/31/2025 | Cheque | QT2893611 | $2,281.40 |
| | USD | Great America Financial Svcs. | Cheque # 87203 | 12/31/2025 | Cheque | QT2893607 | $16,911.76 |
| **Totals** | | | | | | | **$37,724.08** |
| Indiana Michigan Power | USD | Indiana Michigan Power | ACH # 6643 | 1/5/2026 | ACH | 121225 | $16,321.98 |
| **Totals** | | | | | | | **$16,321.98** |
| Insurance Management Service | USD | Insurance Management Service | Cheque # 87191 | 12/30/2025 | Cheque | 1280453 | $34,999.00 |
| | USD | Insurance Management Service | Cheque # 87192 | 12/30/2025 | Cheque | 1288793 | $35,938.00 |
| **Totals** | | | | | | | **$70,937.00** |
| Kenwal Steel Corp (255) | USD | Kenwal Steel Corp | ACH # 6618 | 12/19/2025 | ACH | 2281796 | $18,134.90 |
| | USD | Kenwal Steel Corp | ACH # 6618 | 12/19/2025 | ACH | 2282108 | $46,599.00 |
| | USD | Kenwal Steel Corp | ACH # 6615 | 12/19/2025 | ACH | 2281322 | $23,688.94 |
| | USD | Kenwal Steel Corp | ACH # 6616 | 12/19/2025 | ACH | 2285947 | $3,081.07 |
| | USD | Kenwal Steel Corp | ACH # 6616 | 12/19/2025 | ACH | 2286163 | $31,438.51 |
| | USD | Kenwal Steel Corp | ACH # 6615 | 12/19/2025 | ACH | 2287791 | $20,171.65 |
| | USD | Kenwal Steel Corp | ACH # 6615 | 12/19/2025 | ACH | 2287780 | $20,044.60 |
| | USD | Kenwal Steel Corp | ACH # 6615 | 12/19/2025 | ACH | 2286549 | $23,717.50 |
| | USD | Kenwal Steel Corp | ACH # 6616 | 12/19/2025 | ACH | 2289756 | $632.51 |
| **Totals** | | | | | | | **$187,508.68** |
| Miniature Custom Manufacturing LLC | USD | Miniature Custom Manufacturing LLC | ACH # 6622 | 12/19/2025 | ACH | 14426 | $5,230.51 |
| | USD | Miniature Custom Manufacturing LLC | ACH # 6622 | 12/19/2025 | ACH | 14425 | $3,663.93 |
| | USD | Miniature Custom Manufacturing LLC | ACH # 6622 | 12/19/2025 | ACH | 14427 | $38.70 |
| **Totals** | | | | | | | **$8,933.14** |
| Plante & Moran PLLC | USD | Plante & Moran PLLC | ACH # 6630 | 12/22/2025 | ACH | 10510875 | $2,500.00 |
| | USD | Plante & Moran PLLC | ACH # 6630 | 12/22/2025 | ACH | 10508930 | $15,850.00 |
| **Totals** | | | | | | | **$18,350.00** |
| PNC Bank Credit Card | USD | PNC Bank Credit Card | ACH # 6614 | 12/16/2025 | ACH | 121525 | $24,527.56 |
| **Totals** | | | | | | | **$24,527.56** |
| Steel Technologies de Mex | USD | Steel Technologies de Mex | ACH # 6633 | 12/22/2025 | ACH | MY142898 | $7,340.66 |
| | USD | Steel Technologies de Mex | ACH # 6633 | 12/22/2025 | ACH | MY142899 | $3,601.88 |
| | USD | Steel Technologies de Mex | ACH # 6633 | 12/22/2025 | ACH | MY142900 | $3,032.57 |
| **Totals** | | | | | | | **$13,975.11** |
| Target Steel | USD | Target Steel | ACH # 6611 | 12/17/2025 | ACH | 768685 | $7,564.50 |
| | USD | Target Steel | ACH # 6611 | 12/17/2025 | ACH | 768728 | $37,550.21 |
| | USD | Target Steel | ACH # 6611 | 12/17/2025 | ACH | 768976 | $36,741.20 |
| | USD | Target Steel | ACH # 6617 | 12/19/2025 | ACH | 770414 | $5,029.05 |

# 90 Day A/P Payments (Excluding Sale Proceeds)

| | | | | | | |
|---|---|---|---|---|---|---|
| | USD | Target Steel | ACH # 6617 | 12/19/2025 ACH | 770413 | $40,461.53 |
| | USD | Target Steel | ACH # 6617 | 12/19/2025 ACH | 770394 | $43,095.30 |
| **Totals** | | | | | | **$170,441.79** |
| The Fourth Shift, LLC | USD | The Fourth Shift, LLC | ACH # 6627 | 12/22/2025 ACH | 1089 | $15,514.07 |
| | USD | The Fourth Shift, LLC | ACH # 6634 | 12/23/2025 ACH | 1094 | $3,346.00 |
| **Totals** | | | | | | **$18,860.07** |
| Weber Properties LLC | USD | Weber Properties LLC | ACH # 6574 | 12/19/2025 ACH | 2512 WK3 | $5,550.00 |
| | USD | Weber Properties LLC | ACH # 6575 | 12/26/2025 ACH | 2512 WK4 | $5,550.00 |
| | USD | Weber Properties LLC | ACH # 6641 | 12/31/2025 ACH | 123125 | $5,550.00 |
| **Totals** | | | | | | **$16,650.00** |
| West Michigan Coating | USD | West Michigan Coating | ACH # 6624 | 12/19/2025 ACH | 62487 | $13,253.76 |
| **Totals** | | | | | | **$13,253.76** |
| **Grand Totals** | | | | | | **$817,635.23** |

## Payments to Lendors in 90 Days Prior to Petition Date (Excluding Sale Proceeds)

| Date | Payee | GL | amount |
|------|-------|-----|--------|
| 23-Dec | First Merchants | 1100 6807 | $ 14,484.45 |
| 23-Dec | First Merchants | 1100 6807 | $ 5,090.03 |
| | **First Merchants Total** | | $ 19,574.48 |
| 24-Dec | Samson Funding | 1001 5150 | $ 30,000.00 |
| 24-Dec | Samson Funding | 1001 5150 | $ 7,211.54 |
| 26-Dec | Samson Funding | 1001 5150 | $ 22,387.50 |
| 31-Dec | Samson Funding | 1001 5150 | $ 30,000.00 |
| 31-Dec | Samson Funding | 1001 5150 | $ 7,211.54 |
| | **Samson Funding Total** | | $ 96,810.58 |
| | **Grand Total** | | $ 116,385.06 |

# EXHIBIT B

| Payee | Entity | Payoff Amount* | UCC Lien** |
|---|---|---|---|
| PNC | WMS | $15,005,000.00 | 2008-103592-5; 2009130886-3 |
| World Business Capital | WMS | $9,113,301.21 | 20181130000590-8; 20241113000203-9 |
| United Federal CU | WMS | $1,206,600.14 | 20221229000482-6 |
| United Federal CU | WMS | $168,318.91 | 20221229000482-6 |
| Kellogg Comm Fed CU | WMS | $288,634.01 | Mortgage: Liber 3398/Page 4081 |
| Great American Financial | WMS | $16,436.49 | 20210930001187-4 |
| Great American Financial | WMS | $2,281.40 | 20220223000700-8 |
| Great American Financial | WMS | $16,911.76 | 20241104000070-5 |
| Grow Michigan | WMS | $1,443,533.39 | 20230103000407-0 |
| GM Financial | WMS | $11,088.23 | |
| DeLage Landen Fin Srvcs | WMS | $239,749.00 | 202507100000039688-0 |
| DeLage Landen Fin Srvcs | WMS | $86,839.00 | 202503140000012663-5 |
| Pinnacle | WMS | $559,374.74 | 20220405000306-8 |
| Pinnacle | WMS | $111,198.71 | 20230912000267-4 |
| Pinnacle | WMS | $340,701.55 | 20220126000750-1 |
| FGI Financing | WMS | $1,778,148.55 | 202507300000043632-4 |
| FGI Financing | WMS | $618,875.77 | 202510210000059958-4 |
| PNC | WMS | $185,167.99 | 2011012750-8 |
| Axos | WMS | $3,835,245.00 | 20221221000526-7 |
| Axos | WMS | $1,631,326.00 | 20230313000317-3 |
| VFI | WMS | $763,386.78 | 20230227000222-0 |
| VFI | WMS | $1,683,496.00 | 20241125000464-3 |
| VFI | WMS | $2,241,254.00 | 20240523000590-8 |
| Pinnacle | WMS | $340,743.77 | 20230413000801-6 |
| Mackinac | WMS | $254,457.23 | 20210921000420-1 |
| Mackinac | WMS | $411,443.19 | 20240307000345-4 |
| Mackinac | WMS | $452,596.39 | 20241023000219-8 |
| Mackinac | WMS | $934,294.03 | 20241203000094-5 |
| Mackinac | WMS | $221,682.58 | 202505130000026505-8 |
| Mackinac | WMS | $396,275.95 | 20210416000354-2 |
| Mackinac | WMS | $113,488.61 | 20220711000834-4 |
| Mackinac | WMS | $455,809.30 | 202508190000047422-4 |
| Mackinac | WMS | $82,253.03 | 20191219000744-2; 202509300000056145-9 |
| Mackinac | WMS | $10,780.39 | 20200306000238-0; 20220419001064-5 |
| Samson Funding | WMS | $758,687.50 | |
| Samson Funding | WMS | $744,230.72 | |
| | | $46,523,611.32 | |

*List of payments Modineer Wolverine, LLC made to Debtor's secured creditors on or about December 31, 2025 pursuant to the Asset Purchase Agreement. At closing, Modineer Wolverine, LLC also paid additional creditors related to affiliated entities purchased by Modineer Wolverine, LLC.

**On December 31, 2025, Debtor sold its assets, inlcuding is files, records, and software to Modineer Wolverine, LLC. Debtor, to the best of its ability without direct access to its financial records, attempted to match UCC filings to amounts paid by Modineer Wolverine, LLC at closing.

63897291.1

# United States Bankruptcy Court
## Western District of Michigan

In re   W Legacy Holdings, Inc.                                    Case No.
                                          Debtor(s)          Chapter      7

# VERIFICATION OF CREDITOR MATRIX

I, the President and CFO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and

correct to the best of my knowledge.

Date:   March 19, 2026                       /s/ Bruce F. Weber
                                             Bruce F. Weber/President and CFO
                                             Signer/Title

9TH CIRCUIT COURT
330 ELEANOR STREET
CASE NO. 26-0113
KALAMAZOO MI 49007


ACF GLOBAL LOGISTICS
1737 SPRING ARBOR RD #224
JACKSON MI 49203


ACYPSA ACEROS Y PRENSAS
GUADALUPE 815, COL PARAISOG
GUADALUPE NL, MEXICO 67140


ADRIAN WILLIAMS
1281 BISHOP AVE
BENTON HARBOR MI 49022


AGRATI PARK FOREST
PO BOX 850095
MINNEAPOLIS MN 55485


AIRGAS USA LLC
PO BOX 734445CHICAGO
CHICAGO IL 60673-4445


AJACS
PO BOX 9316
GRAND RAPIDS MI 49509


ALL CITIES OCCUPATIONAL
3333 SOUTH STATE STREET
SAINT JOSEPH MI 49085


AMERICAN SAFETY AND FIRST AID
PO BOX 59
OSCEOLA IN 46561


AMERIGAS
PO BOX 371473
PITTSBURGH PA 15250-7473

ANDREW HAINES
72877 26TH STREET
SOUTH HAVEN MI 49090


ARVCO CONTAINERS
NW 5447
PO BOX 1450
MINNEAPOLIS MN 55485-5447


AT&T MOBILITY
PO BOX 6463
CAROL STREAM IL 60197-6463


AXOS BANK
6975 UNION PARK CENTER
SUITE 200
MIDVALE UT 84047


BALLUFF INC.
3838 SOLUTIONS CENTER
CHICAGO IL 60677-3008


BERRIEN COUNTY CIRCUIT COURT
2ND CIRCUIT COURT
811 PORT STREET
CASE NO. 25-0106-CB-H
SAINT JOSEPH MI 49085


BLAZE FIRE PROTECTION INC
3054 NORTHRIDGE DRIVE NW
GRAND RAPIDS MI 49544


BLUE CROSS BLUE SHIELD
600 LAYFAYETTE
DETROIT MI 48226


BODMAN
ATTN. RALPH E. MCDOWELL
1901 ST. ANTOINE ST.
6TH FLOOR AT FORD FIELD
DETROIT MI 48226

BRAMMALL SUPPLY COMPANY
2179 MAIDEN LANEACCT NO.1088
SAINT JOSEPH MI 49085


BRIAN THOMAS
3856 MADISON AVENUE
BRIDGMAN MI 49106


BRONSON PLATING
PO BOX 69
135 INDUSTRIAL
BRONSON MI 49028


BROOKS WILKINS SHARKEY & TURCO
401 S. OLD WOODWARD AVE.
SUITE 400
BIRMINGHAM MI 48009


BRUCE S. NATHAN
LOWNSTEIN SANDLER, LLP
1251 AVENUE OF THE AMERICAS
NEW YORK NY 10020


BRUCE WEBER
9689 WALL-GENE RD
SOUTH LYON MI 48178


CASSANDRA GEARY
5981 MCKINLEY
COLOMA MI 49038


CHERYL REMPALA
602 SOUTH 27TH STREET
SOUTH BEND IN 46615


CHRIS CHAMPION
2209 WEST JOHN BEERS ROAD
STEVENSVILLE MI 49127


CHRISTOPHER GLASOVATZ
6127 RED ARROW HWY
APT 3K
STEVENSVILLE MI 49127

CHRISTOPHER MILES
45267 76TH STREET
COVERT MI 49043


CIA SHERWIN WILLIAMS
PONIENTE 140 595
MEXICO CITY NL, MEXICO 02300


CINCINNATI INSURANCE COMPANY
PO BOX 145620
CINCINNATI OH 45250-5620


COILPLUS MEXICANA SA DE C.V.
AV. LAMBDA 1450 12-B
PARQUE INDUSTRIAL SANTA MARIA,
MEXICO


COILPLUS OHIO, INC
DEPT CH 17396
PALATINE IL 60055-7396


COMPETITION ENGINEERING
975 COMSTOCK STREET
MARNE MI 49435


COMPONENT ENGINEERING
2630 REMICO ST SW
WYOMING MI 49519


CROWN LIFT TRUCKS
PO BOX 641173
CINCINNATI OH 45264


CUSTOM TOOL & DIE COMPANY
7059 RED ARROW HWY
STEVENSVILLE MI 49127


DANIELLE PORTER
375 PIPESTONE
BENTON HARBOR MI 49022

DAVID BLOCK
2868 WEST TRAIL ROAD
SAINT JOSEPH MI 49085


DEANN MAIN
1386 WEST GLENLORD RD.
SAINT JOSEPH MI 49085


DEJAUN MILLER
2390 KURT ROAD
BENTON HARBOR MI 49022


DEKALB METAL FINISHING
PO BOX 70
AUBURN IN 46706


DELAGE LANDEN FINANCIAL SVC
1111 OLD EAGLE SCHOOL ROAD
WAYNE PA 19087-1453


DONALD TAIT, JR.
627 FRANCIS ST.
SOUTH HAVEN MI 49090


DORIS GATHING
271 FISK ROAD
BENTON HARBOR MI 49022


DURMA NORTH AMERICA INC.
111 PREMIER DRIVE
LAKE ORION MI 48359


DYNAMIC MECHANICAL SERVICES
1606 CHESTNUT STREET
MISHAWAKA IN 46545


ECLIPSE TOOL & DIE INC.
4713 CIRCUIT COURT
WAYLAND MI 49348


ECOLAB PEST ELIMINATION
26252 NETWORK PLACE
CHICAGO IL 60673-1262

ED DAILEY
5342 116TH AVE
FENNVILLE MI 49408


EDDIE BROWN
1045 DOUGLAS
BENTON HARBOR MI 49022


ELIZABETH CATTES
6259 WILSON STREET
COLOMA MI 49038


ENGINEERED TOOLING SYSTEMS
2780 COURIER DR. NW
GRAND RAPIDS MI 49534


ERNEST ALSUP
5430 EAST NAPIER
BENTON HARBOR MI 49022


EXCELCUTS S DE RL DE CV
DR. JESUS MA GONZALEZ 220
MONTERREY NL, GER 64640


EXOTIC AUTOMATION & SUPPLY
53500 GRAND RIVER AVENUE
NEW HUDSON MI 48165


FEDERAL EXPRESS CORP.
PO BOX 371461
PITTSBURGH PA 15250-7461


FGI EQUIPMENT FINANCE, LLC
5355 TOWN CENTER RD.
SUITE 450
BOCA RATON FL 33486


FRANCES KEMP
1550 KAY DRIVE
BENTON HARBOR MI 49022

FRANKLIN EAST, JR.
50582 PLEASANT ST.
DOWAGIAC MI 49047


FREEDOM FINISHING
2755 MEADOWBROOK RD.
BENTON HARBOR MI 49022


GM FINANCIAL
801 CHERRY ST.
SUITE 3500
FORT WORTH TX 76102


GOOD METALS COMPANY
440 32ND STREET, SW
GRAND RAPIDS MI 49548


GRAINGER
DEPT 810571208
PALATINE IL 60038-0001


GRAND TRAVERSE CONTAINER
PO BOX 7411115
CHICAGO IL 60674-1115


GREAT AMERICA FINANCIAL
SERVICES CORPORATION
PO BOX 609
CEDAR RAPIDS IA 52406


GREAT AMERICAN FINANCIAL
SERVICES CORPORATION
PO BOX 609
CEDAR RAPIDS IA 52406


GROW MICHIGAN II, LLC
2 LONE PINE
BLOOMFIELD HILLS MI 48304


HANSON BEVERAGE
355 W. MAIDEN LANE
SAINT JOSEPH MI 49085

INCAL TECHNOLOGIES INC.
3870 E. WASHINGTON ROAD
SAGINAW MI 48601


INDIANA MICHIGAN POWER
PO BOX 371496
PITTSBURGH PA 15250-7496


INSURANCE MANAGEMENT SERVICE
501 MAIN STREET, PO BOX 88
SAINT JOSEPH MI 49085


IWATA BOLT USA INC.
PO BOX 18435
PALATINE IL 60055-8435


J. DEFAY CLEANERS & LAUNDRY
5846 CLEVELAND
STEVENSVILLE MI 49127


JAKE EVERETT
233 HUNTER DRIVE
BENTON HARBOR MI 49022


JEREMY DRANE
9340 OLD M-62
EAU CLAIRE MI 49111


JOHN REIZIAN
4419 WINDIATE PARK DRIVE
WATERFORD MI 48329


JOHN WILLIAMS
100 CHESTNUT STREET
APT. 502
DOWAGIAC MI 49047


JUVENAL PIEDRA
1843 EL DORADO DRIVE
STEVENSVILLE MI 49127

KEITH BUSSCHER
29391 CR 687
BANGOR MI 49013


KELLOGG COMMUNITY FEDERAL CU
41 2ND STREET
BATTLE CREEK MI 49016


KENDALL ELECTRIC INC
1405 SOUTH M-139
BENTON HARBOR MI 49022


KENNETH WHISE
2992 DOZER DRIVE
SAINT JOSEPH MI 49085


KENWAL STEEL CORP (255)
PO BOX 670758
DETROIT MI 48267-0758


KING-YU MOULD LTD
1 QUEEN'S ROAD CENTRAL
HONG KONG, PEARL RIVER DELTA


KIRK LATSCH
4169 RIVERSIDE RD.
BENTON HARBOR MI 49022


KLOECKNEW METALS DE MEXICO SA
DE CV
PO BOX 842820
DALLAS TX 75284-2820


KRIES, ENDERLE, HUDGINS,
& BORSOS, PC
ATTN: JULIA T. KEMPLE-JOHNSON
PO BOX 4010
KALAMAZOO MI 49003


KSS ENTERPRISES
5053 SPORTS DR.
KALAMAZOO MI 49009

KWAYNE BYNUM
490 2ND STREET
BENTON HARBOR MI 49022


LAURIE HASSE
45551 PENINSULA DRIVE EAST
GRAND JUNCTION MI 49056


LEAR CORP
AV. EJERCITO NACIONAL 6525
CIDUDAD JUAREZ, CHIHUAHUA
MEXICO 32603


LOWELL BUSH
4960 ROYAL CURVE
SAINT JOSEPH MI 49085


MACKINAC CAPITAL, INC.
4253 7 MILE ROAD NE
BELMONT MI 49306


MARIA VELEZ
10844 RIDGEWOOD TRAIL
BERRIEN SPRINGS MI 49103


MARKTIS JOHNSON
432 EMPIRE
BENTON HARBOR MI 49022


MATERIALS RESOURCES
815 LESTER AVE.
SAINT JOSEPH MI 49085


MCMASTER CARR SUPPLY CO.
PO BOX 7690
CHICAGO IL 60680


MERLE BOES INC.
PO BOX 1887
HOLLAND MI 49422-1887

MICHAEL CARR
6617 103RD AVE SOUTH
SOUTH HAVEN MI 49090


MICHAEL HOSIER
1727 MATTHEW CT.
SAINT JOSEPH MI 49085


MICHAEL KRZEMEN
00500 62ND STREET
SOUTH HAVEN MI 49090


MICHELLE GLASCO
1580 JOHNSON AVE
BENTON HARBOR MI 49022


MICHELLE PALMER
2088 EMPIRE AVE, LOT 15
BENTON HARBOR MI 49022


MICHIANA SUPPLY INC.
1502 MILTON ST.
BENTON HARBOR MI 49022


MICHIGAN GAS UTILITIES
PO BOX 6040
CAROL STREAM IL 60197


MICHIGAN MANFACTURING TECH CTR


MICHIGAN PALLET INC
1225 N SAGINAW
PO BOX 97
SAINT CHARLES MI 48655


MICHIGAN PATTERN WORKS INC.
872 GRANDVILLE AVE SW
GRAND RAPIDS MI 49503


MIDWEST PRESS & AUTOMATION LLC
2904 SNOW ROAD
LANSING MI 48917

```
MILL STEEL
DEPT 77484
 PO BOX 77000
DETROIT MI 48277-0484


MILLER JOHNSON
ATTN: CHRISTOPHER SCHNEIDER
45 OTTAWA AVE SW
SUITE 1100
GRAND RAPIDS MI 49503


MINIATURE CUSTOM MANUFACTURING
170 N. LEJA DRIVE
VICKSBURG MI 49097


MODINEER
2102 SOUTH 11TH STREET
NILES MI 49120


MOELLER MANUFACTURING
30893 CENTURY DR.
WIXOM MI 48393


MOLDING SOLUTIONS, INC.


MSC INDUSTRIAL SUPPLY
PO BOX 953635
SAINT LOUIS MO 63195-3635


MUTUAL OF OMAHA
PAYMENT PROCESSING CENTER
PO BOX 2147
OMAHA NE 68103-2147


ORION MANUFACTURING INC
480 APPLE TREE DR
IONIA MI 48846


PANNIER CORPORATION
207 SANDUSKY STREET
PITTSBURGH PA 15212
```

PEDRO GUTIERREZ
75760 CR380
SOUTH HAVEN MI 49090


PENSKE TRUCK LEASING CO LP
PO BOX 827380
PHILADELPHIA PA 19182-7380


PINNACLE
150 THIRD AVENUE S.
SUITE 800
NASHVILLE TN 37201


PLANTE & MORAN PLLC
16060 COLLECTIONS CENTER DR
CHICAGO IL 60693


PNC BANK CREDIT CARD
PNC BANK CREDIT CARD
SAINT JOSEPH MI 49085


PNC BANK, NATIONAL ASSOCIATION
249 FIFTH AVE
MS P1-POPP-BL-7
PITTSBURGH PA 15222-2707


PRECISION ELECTRIC INC
1508 WEST SIXTH STREET
MISHAWAKA IN 46544


PRO PACK
6727 GUION ROAD
INDIANAPOLIS IN 46268


PROACT INC
PO BOX 1179
BUFFALO NY 14240


PVI INDUSTRIAL WASHING
2886 CLYDON
WYOMING MI 49519

RAUL LARA
PO BOX 4574
MCALLEN TX 78502-4574


REPUBLIC SERVICES
PO BOX 71068
CHARLOTTE NC 28272-1068


REVISION LEGAL
ATTN: CHRISTOPHER CAROL
444 CASS ST.
SUITE D
TRAVERSE CITY MI 49684


RICHARD BINNS
7911 DEANS HILL ROAD
BERRIEN CENTER MI 49102


RICHARD JUSTICE
7604 RED ARROW HWY
#152
WATERVLIET MI 49098


RICHARD PILAT DDS
PO BOX 8
110 S. BROADWAY ST.
CASSOPOLIS MI 49031


ROBERT HOFFMAN
1390 ST JAMES STREET
BENTON HARBOR MI 49022


RUSSELL HERMAN
9415 E. NORTHBRANCH
WATERVLIET MI 49098


RX OPTICAL LABORATORIES INC
"3013 OAKLAND DR STE 8
KALAMAZOO MI 49008-5901


SAFETY KLEEN SYSTEMS INC
PO BOX 975201
DALLAS TX 75397-5201

SAMSON FUNDING
17 STATE ST
SUITE 630
NEW YORK NY 10004


SANCHEZ HARDEN
1290 SUPERIOR STREET
BENTON HARBOR MI 49022


SARA SIMKINS


SCOTT STEEL LLC
P.O. BOX 244
MIDDLETOWN OH 45042-0244


SEAVER FINISHING INC
16900 HAYES STREET
GRAND HAVEN MI 49417


SERVICE TOOL & PLASTIC
2323 S GREEN ST
HENDERSON KY 42420


SHAMROCK INTERNATIONAL
FASTENERS
1475 EAST INDUSTRIAL DRIVE
ITASCA IL 60143-1849


SOLTECH INC
"62375 COLLECTIONS CENTER DRIV
CHICAGO IL 60693


SOUTH HAVEN FINISHING INC
1610 STIEVE DRIVE
SOUTH HAVEN MI 49090


SOUTH HAVEN PACKAGING INC
73475 8TH AVE
SOUTH HAVEN MI 49090


SOUTHWESTERN SUPPLY CORP
4728 NILES RD
SAINT JOSEPH MI 49085

STACY LEIN
5030 MEADOWBROOK ROAD
EAU CLAIRE MI 49111


STEEL TECHNOLOGIES DE MEX
AV. FEDERALISMO #204
FRACC. INDUSTRIAL LA SILLA
GUADALUPE NL MEXICO


STEHANIE WALTON
374 HUNTER DRIVE
BENTON HARBOR MI 49022


STEWART ENGINEERING & SALES CO
2140 AURORA AVENUE
MUSKEGON MI 49442


STRATOSPHERE QUALITY
12024 EXIT FIVE PARKWAY
FISHERS IN 46037


SUMMIT FIRE PROTECTION
PO BOX 851675
MINNEAPOLIS MN 55485


TAMARA SHENENBERGER
345 ROLAND AVENUE
BENTON HARBOR MI 49022


TARGET STEEL INC.
DEPT. 78017
PO BOX 77000
DETROIT MI 48278


TERESA WALKER
221 SOUTH MCCORD
BENTON HARBOR MI 49022


THE PPM GROUP INC
6475 TECHNOLOGY AVE SUITE C
KALAMAZOO MI 49009-7133

THOMAS PIERCE
410 NORTH FRONT STREET
DOWAGIAC MI 49047


THOMAS TOMSHECK
401 SOUTH MAIN STREET
BERRIEN SPRINGS MI 49103


TIFFANY NATTEE
533 COLUMBIA AVE
APT. A
SOUTH BEND IN 46601


TIMMY WILSON
1622 MAIDEN LANE
SAINT JOSEPH MI 49085


TIMOTHY WALKER
345 WEST MAY STREET
BENTON HARBOR MI 49022


TOX PRESSOTECHNIK LLC
4250 WEAVER PARKWAY
WARRENVILLE IL 60555


TOYOTA INDUSTRIES COMMERCIAL
PO BOX 660926
DALLAS TX 75266-0926


TOYOTA TSUSHO AMERICA, INC.
700 TRIPORT ROAD
GEORGETOWN KY 40324


TOYOTA TSUSHO PROCESSING
DE MEXICO SA DE CV
AVENIDA CENTRAL 585 PARQUE LOG
SAN LUIS POTOSI COAHILA MEXICO
 79395


TRAVERS TOOL CO INC
PO BOX 36114
NEWARK NJ 07188-6114

TRIANGLE RUBBER & PLASTICS
PO BOX 95
GOSHEN IN 46527


TRIPLEX PLATING CO.
1555 E. US HWY 12
MICHIGAN CITY IN 46360


ULINE
PO BOX 88741
CHICAGO IL 60680-1740


UNIFIRST CORPORATION - DALLAS
PO BOX 650481
DALLAS TX 75265


UNIPRO
985 GRAND RAPIDS ST
MIDDLEVILLE MI 49333


UNITED FEDERAL CREDIT UNION
150 HILLTOP RD.
SAINT JOSEPH MI 49085


UNITED PARCEL SERVICE
PO BOX 809488
CHICAGO IL 60680-9488


US BUSINESS SYSTEMS
3221 SOUTHVIEW DR.
ELKHART IN 46514


VENTURE STEEL
3600 MILITARY STREET
DETROIT MI 48210


VENTURE STEEL DE MEXICO S
DE RL DE CV
BLVD. BETA NO. 3170
MEXICO, NL MEXICO 66265

VERIZON WIRELESS
PO BOX 15062
ALBANY NY 12212-5062


VFI ABS 2025-1, LLC
2800 EAST COTTONWOOD PARKWAY
2ND FLOOR
SALT LAKE CITY UT 84121


WEBER PROPERTIES
9689 WALL-GENE RD
SOUTH LYON MI 48178


WELDSTAR COMPANY
P.O. BOX 1150
AURORA IL 60507


WELSH & ASSOCIATES, INC.
141 E. MICHIGAN AVE.
SUITE 300
KALAMAZOO MI 49007


WEST MICHIGAN COATING
3150 FRUITRIDGE AVE
GRAND RAPIDS MI 49534


WILLIAM MANNINO
4999 PAW PAW LAKE RD.
COLOMA MI 49038


WILSON TOOL INTERNATIONAL INC.
PO BOX 735292
CHICAGO IL 60673-5292


WOLVERINE REAL ESTATE, LLC


WORLD BUSINESS CAPITAL
ONE STATE STREET
HARTFORD CT 06103


XPO LOGISTICS
PO BOX 660006
DALLAS TX 75266-0006

YAQUINA WALKER
379 ELOISE DRIVE
BENTON HARBOR MI 49022

# United States Bankruptcy Court
## Western District of Michigan

In re   W Legacy Holdings, Inc.

Debtor(s)

Case No. _____

Chapter   7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   W Legacy Holdings, Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

WMS Legacy Holdings, Inc.
f/d/b/a WMS Holdings, Inc.
3600 Tennis Ct.
Saint Joseph, MI 49085

☐ None [*Check if applicable*]

March 19, 2026

Date

/s/ Steven M. Bylenga

Steven M. Bylenga P73492

Signature of Attorney or Litigant
Counsel for   W Legacy Holdings, Inc.

CBH Attorneys & Counselors, PLLC.
MAIN OFFICE
25 Division Avenue S., Suite 500
Grand Rapids, MI 49503
616-608-3061 Fax:616-719-3782
nikki@chasebylenga.com

-swd Doc #:1 Filed: 03/19/2026 Page 96 of 96

08/17

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN**

In re:                                                    Case No. _____

           W Legacy Holdings, Inc.                    Chapter 7

                Debtor(s).

_____ /

## ASSET PROTECTION REPORT

Pursuant to Local Bankruptcy Rule 1007-2(d), debtors filing a Chapter 7 petition and debtors in a case converting to Chapter 7 must file an Asset Protection Report. List below any property referenced on **Schedule D** (Creditors Holding Secured Claims); or **Schedule G** (Executory Contracts and Unexpired Leases); and **any insurable asset in which there is nonexempt equity.** For each asset listed, provide the following information regarding property damage or casualty insurance:

| INSURABLE ASSET (from schedules) | IS ASSET INSURED? (Yes/No) | NAME & ADDRESS OF AGENT OR INSURANCE CO. | POLICY EXPIRATION DATE (MM/YYYY) | WILL DEBTOR RENEW INSURANCE ON EXPIRATION? (Yes/No) |
|---|---|---|---|---|
| After selling substantially all of its assets on December 31, 2025, Debtor cancelled its insurance policies, except for its D&O Policy. | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

If the debtor is self-employed, does the debtor have general liability insurance for business activities? Yes ☐ No ☐

I declare, under penalty of perjury, that the above information is true and accurate to the best of my knowledge. I intend to provide insurance protection for any exemptible interests in real or personal property of the estate, and I request that the trustee not expend estate funds to procure insurance coverage for my exemptible assets.

Dated: March 19, 2026                    /s/ *Bruce F. Weber* _____

                                                      Bruce F. Weber
                                                      Debtor

Pursuant to LBR 1007-2(f), debtor is required to provide the trustee with a copy of the Declarations Page for any insurance policy covering an insurable asset at least 7 days before the date first set for the meeting of creditors.