UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

W LEGACY HOLDINGS, INC.*,*                          Case No. 26-00870-swd
                                                    Hon. Scott W. Dales
            Debtor.                                 Chapter 7
_____/                  Filed:  March 19, 2026

## NOTICE OF MOTION OF THE CHAPTER 7 TRUSTEE UNDER RULE 2004 FOR EXAMINATION OF MODINEER WOLVERINE, LLC

**PLEASE TAKE NOTICE** that on June 11, 2026, Allison Greenlee Korr, Chapter 7 Trustee (the "**Trustee**") filed a *Motion of The Chapter 7 Trustee Under Rule 2004 for Examination of Modineer Wolverine, LLC* (the "**Motion**") in the United States Bankruptcy Court for the Western District of Michigan (the "**Bankruptcy Court**") seeking entry of an order authorizing the Trustee to depose Modineer Wolverine, LLC, and to obtain certain documents concerning the Debtor's financial affairs.

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the motion, then, within fourteen (14) days, your attorney must:

1.      File a written objection to the motion, which should explain the reasons why you object, with the Clerk of the United States Bankruptcy Court at:

United States Bankruptcy Court
1 Division Ave N, Room 200
Grand Rapids, MI 49503

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.  You must also mail a copy to:

Emily Rucker
Warner Norcross & Judd, LLP
150 Ottawa Avenue NW, Suite 1500
Grand Rapids, Michigan 49503

2.      If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If your attorney does not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

Respectfully Submitted,

WARNER NORCROSS + JUDD LLP

Date:  June 11, 2026

By:  */s/ Emily S. Rucker*
Elisabeth M. Von Eitzen (P70183)
Emily S. Rucker (P79228)
180 East Water Street, Ste. 7000
Kalamazoo, MI 49507
Telephone (269) 276-8118
Email: evoneitzen@wnj.dcom
Email: erucker@wnj.com

*Attorneys for Allison Greenlee Korr, Chapter 7 Trustee*

34296772