UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

W LEGACY HOLDINGS, INC.*,*

Debtor.

_____/

Case No. 26-00870-swd
Hon. Scott W. Dales
Chapter 7
Filed:  March 19, 2026

### CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2026, I caused the Motion of The Chapter 7 Trustee Under Rule 2004 for Examination of Modineer Wolverine, LLC, Notice of Motion of The Chapter 7 Trustee Under Rule 2004 for Examination of Modineer Wolverine, LLC, and this Certificate of Service, to be filed with the Clerk of the Court using ECF system, which will send notification of such filing to all parties of record. I further certify that on the same date I caused the foregoing documents to be served by depositing said copies in the U.S. Mail, postage prepaid, to the following:

Office of the U.S. Trustee
125 Ottawa NW, Suite 200R
Grand Rapids, MI 49503

All parties on the attached Matrix

Modineer Wolverine, LLC
c/o Modineer Co. LLC
2102 South 11th Street
Niles, MI 49120-0000

Modineer Wolverine, LLC
c/o Scott Kitei, Honigman LLP
660 Woodward Ave., Suite 2290
Detroit, MI 48226-3506

Respectfully Submitted,

WARNER NORCROSS + JUDD LLP

Date:  June 11, 2026

By:  */s/ Emily S. Rucker*
Elisabeth M. Von Eitzen (P70183)
Emily S. Rucker (P79228)
180 East Water Street, Ste. 7000
Kalamazoo, MI 49507
Telephone (269) 276-8118
Email: evoneitzen@wnj.com
Email: erucker@wnj.com
*Attorneys for Allison Greenlee Korr, Chapter 7 Trustee*

Label Matrix for local noticing
0646-1
Case 26-00870-swd
Western District of Michigan
Grand Rapids
Thu Jun 11 10:12:57 EDT 2026

9th Circuit Court
330 Eleanor Street
Case No. 26-0113
Kalamazoo MI 49007-3741

AT & T Mobility
by AIS InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

AT&T Mobility
PO Box 6463
Carol Stream IL 60197-6463

Adient US LLC
c/o Doron Yitzchaki
Dickinson Wright PLLC
350 S. Main Street
Suite 300
Ann Arbor, MI 48104-2131

Adrian Williams
1281 Bishop Ave
Benton Harbor MI 49022-5205

Airgas USA, LLC
6055 Rockside Woods Blvd
Independence, OH 44131-2301

Ajacs
PO Box 9316
Grand Rapids MI 49509-0316

Amerigas
PO Box 371473
Pittsburgh PA 15250-7473

Andrew Haines
72877 26th Street
South Haven MI 49090-8796

Arvco Containers
NW 5447
PO Box 1450
Minneapolis MN 55485-5447

Axos Bank
6975 Union Park Center
Suite 200
Midvale UT 84047-6095

Berrien County Circuit Court
2nd Circuit Court
811 Port Street
Case No. 25-0106-CB-H
Saint Joseph MI 49085-1183

David E. Bevins
Rhoades McKee
55 Campau Ave. NW
Suite 300
Grand Rapids, MI 49503-2793

Blue Cross Blue Shield
600 Layfayette
Detroit MI 48226-2998

Bodman
Attn. Ralph E. McDowell
1901 St. Antoine St.
6th Floor at Ford Field
Detroit MI 48226-2336

Brammall Supply Company
2179 Maiden Lane
ACCT NO.1088
Saint Joseph MI 49085-9501

Brian Thomas
3856 Madison Avenue
Bridgman MI 49106-9349

Bronson Plating
PO Box 69
135 Industrial
Bronson MI 49028-1196

Brooks Wilkins Sharkey & Turco
401 S. Old Woodward Ave.
Suite 400
Birmingham MI 48009-6613

Bruce S. Nathan
Lownstein Sandler, LLP
1251 Avenue of the Americas
New York NY 10020-0083

Bruce Weber
9689 Wall-Gene Rd
South Lyon MI 48178-9010

Steven Mark Bylenga
CBH Attorneys & Counselors
25 Division Ave S
Suite 500
Grand Rapids, MI 49503-4233

Cassandra Geary
5981 McKinley
Coloma MI 49038-9003

Cheryl Rempala
602 South 27th Street
South Bend IN 46615-2212

Chicago
Chicago IL 60673-4445

Chris Champion
2209 West John Beers Road
Stevensville MI 49127-9657

Christopher Glasovatz
6127 Red Arrow Hwy
Apt 3K
Stevensville MI 49127-1134

Christopher Miles
45267 76th Street
Covert MI 49043-8729

Cidudad Juarez, Chihuahua
Mexico 32603

Cincinnati Insurance Company
Po Box 145620
Cincinnati OH 45250-5620

Coilplus Mexicana SA de C.V.
Av. Lambda 1450 12-B
Parque Industrial Santa Maria,
Mexico

Danielle Porter
375 Pipestone
Benton Harbor MI 49022-4663

David Block
2868 West Trail Road
Saint Joseph MI 49085-3231

De Lage Landen Financials, Inc.
1111 Old Eagle School Rd
Wayne, PA 19087-1453

DeJaun Miller
2390 Kurt Road
Benton Harbor MI 49022-8013

DeLage Landen Financial Svc
1111 Old Eagle School Road
Wayne PA 19087-1453

Deann Main
1386 West Glenlord Rd.
Saint Joseph MI 49085-9517

Deanna Main
1386 West Glenlord Road
Saint Joseph, MI 49085-9517

Dekalb Metal Finishing
PO Box 70
Auburn IN 46706-0070

Donald Tait, Jr.
627 Francis St.
South Haven MI 49090-1824

Doris Gathing
271 Fisk Road
Benton Harbor MI 49022-6718

Ed Dailey
5342 116th Ave
Fennville MI 49408-9569

Eddie Brown
1045 Douglas
Benton Harbor MI 49022-2926

Greg J. Ekdahl
Keller & Almassian, PLC
230 East Fulton
Grand Rapids, MI 49503-3211

Elizabeth Cattes
6259 Wilson Street
Coloma MI 49038-9439

Ernest Alsup
5430 East Napier
Benton Harbor MI 49022-9627

FGI Equipment Finance, LLC
5355 Town Center Rd.
Suite 450
Boca Raton FL 33486-1005

Fracc. Industrial La Silla
Guadalupe NL Mexico

Frances J. Kemp
1550 Kay Dr
Benton Harbor, MI 49022-9254

Frances Kemp
1550 Kay Drive
Benton Harbor MI 49022-9254

Franklin D. East Jr.
50582 Pleasant St.
Dowagiac, MI 49047
Dowagiac, MI 49047-8774

Franklin East, Jr.
50582 Pleasant St.
Dowagiac MI 49047-8774

G
Guadalupe NL, Mexico 67140

GM Financial
801 Cherry St.
Suite 3500
Fort Worth TX 76102-6854

Grainger
Dept 810571208

Grand Traverse Container
PO Box 7411115
Chicago IL 60674-1115

Great America Financial
Services Corporation
PO Box 609
Cedar Rapids IA 52406-0609

Great American Financial
Services Corporation
PO Box 609
Cedar Rapids IA 52406-0609

Allison Greenlee Korr
902 S Westnedge Ave
Kalamazoo, MI 49008-1110

Hong Kong, Pearl River Delta

Internal Revenue Service
Centralized Insolvency Unit
PO Box 7346
Philadelphia, PA 19101-7346

Tiffany Jackson
c/o Keller & Almassian, PLC
230 E. Fulton Street
Grand Rapids, MI 49503-3211

Jake Everett
233 Hunter Drive
Benton Harbor MI 49022-6759

Jeremy Drane
9340 Old M-62
Eau Claire MI 49111-9676

John Reizian
4419 Windiate Park Drive
Waterford MI 48329-1268

John Williams
100 Chestnut Street
Apt. 502
Dowagiac MI 49047-1956

Juvenal Piedra
1843 El Dorado Drive
Stevensville MI 49127-9666

Keith Busscher
29391 CR 687
Bangor MI 49013-9663

Kellogg Community Federal CU
41 2nd Street
Battle Creek MI 49014-6286

Kenneth Whise
2992 Dozer Drive
Saint Joseph MI 49085-9301

Kirk Latsch
4169 Riverside Rd.
Benton Harbor MI 49022-9523

Kries, Enderle, Hudgins,
& Borsos, PC
Attn: Julia T. Kemple-Johnson
Po Box 4010
Kalamazoo MI 49003-4010

Kwayne Bynum
490 2nd Street
Benton Harbor MI 49022-9234

(p)OFFICE OF THE U S  TRUSTEE
ATTN KENNETH G LAU TRIAL ATTORNEY
125 OTTAWA AVENUE NW
SUITE 200R
GRAND RAPIDS MI 49503-2837

Laurie A Hasse
45551 Peninsula Drive East
Grand Junction, MI 49056-9462

Laurie Hasse
45551 Peninsula Drive East
Grand Junction MI 49056-9462

Lowell Bush
4960 Royal Curve
Saint Joseph MI 49085-9273

MI DEPT OF TREASURY
COLLECTION DIVISION/BANKRUPTCY
PO BOX 30168
LANSING, MI 48909-7668

MSC Industrial Supply
PO Box 953635
Saint Louis MO 63195-3635

Mackinac Capital, Inc.
4253 7 Mile Road NE
Belmont MI 49306-9168

Maria Velez
10844 Ridgewood Trail
Berrien Springs MI 49103-9724

Marktis Johnson
432 Empire
Benton Harbor MI 49022-5302

Mexico City NL, Mexico 02300

Mexico, NL Mexico 66265

Miami Valley Steel Service
201 Fox Drive
Piqua, OH 45356-9265

Michael Carr
6617 103rd Ave South
South Haven MI 49090-9358

Michael Hosier
1727 Matthew Ct.
Saint Joseph MI 49085-8639

Michael Krzemen
00500 62nd Street
South Haven MI 49090-8341

Michelle Glasco
1580 Johnson Ave
Benton Harbor MI 49022-1835

Michelle Palmer
2088 Empire Ave, Lot 15
Benton Harbor MI 49022-1708

Michigan Dept. of Treasury
Tax Collection Enforcement
Bankruptcy Section
Treasury Building
Lansing, MI 48922-0001

Michigan Gas Utilities
PO Box 6040
Carol Stream IL 60197-6040

(p)STATE OF MICHIGAN UNEMPLOYMENT INSURANCE
ATTN BANKRUPTCY UNIT
3024 W GRAND BLVD
SUITE 12-100
DETROIT MI 48202-6024

Mill Steel Co.
c/o David E. Bevins
Rhoades McKee PC
55 Campau Ave NW Suite 300
Grand Rapids, MI 49503-2793

Miller Johnson
Attn: Christopher Schneider
45 Ottawa Ave SW
Suite 1100
Grand Rapids MI 49503-4265

Orion Manufacturing Inc
480 Apple Tree Dr
Ionia MI 48846-8512

(p)PNC BANK RETAIL LENDING
P O BOX 94982
CLEVELAND OH 44101-4982

PO Box 2147
Omaha NE 68103-2147

Pedro Gutierrez
75760 CR380
South Haven MI 49090-8913

Pinnacle
150 Third Avenue S.
Suite 800
Nashville TN 37201-2027

Pinnacle Bank
21 Platform Way South STE 2300
Nashville, TN 37203-7878

Raul Lara
Po Box 4574
McAllen TX 78502-4574

Revision Legal
Attn: Christopher Carol
444 Cass St.
Suite D
Traverse City MI 49684-2563

Richard Binns
7911 Deans Hill Road
Berrien Center MI 49102-9768

Richard Justice
7604 Red Arrow Hwy
#152
Watervliet MI 49098-9006

Robert Hoffman
1390 St James Street
Benton Harbor MI 49022-3904

Emily S. Rucker
Warner Norcross & Judd LLP
1500 Warner Building
150 Ottawa Ave NW
Grand Rapids, MI 49503-2832

Russell Herman
9415 E. Northbranch
Watervliet MI 49098-9516

SECURITIES & EXCHANGE COMM
BANKRUPTCY SECTION
175 W. JACKSON BLVD.
SUITE 900
CHICAGO, IL 60604-2815

Samson Funding
17 State St
Suite 630
New York NY 10004-1749

Sanchez Harden
1290 Superior Street
Benton Harbor MI 49022-5507

Soltech INC
62375 Collections Center Driv
Chicago IL 60693-0001

Stacy Lein
5030 Meadowbrook Road
Eau Claire MI 49111-9726

Stehanie Walton
374 Hunter Drive
Benton Harbor MI 49022-7034

Tamara Shenenberger
345 Roland Avenue
Benton Harbor MI 49022-7728

Target Steel Inc.
Coface North America Insurance Company
600 College Road East, Suite 1110
Princeton, New Jersey, 08540
Princeton, NJ 08540-6880

Target Steel Inc.
Dept. 78017
PO Box 77000
Detroit MI 48278-0001

Teresa Walker
221 South McCord
Benton Harbor MI 49022-4339

Thomas Pierce
410 North Front Street
Dowagiac MI 49047-1219

Thomas Tomsheck
401 South Main Street
Berrien Springs MI 49103-2202

Tiffany Nattee
533 Columbia Ave
Apt. A
South Bend IN 46601-2450

Timmy Wilson
1622 Maiden Lane
Saint Joseph MI 49085-9594

Timothy Walker
345 West May Street
Benton Harbor MI 49022-5415

Toyota Tsusho Processing
de Mexico SA de CV
Avenida Central 585 Parque Log
San Luis Potosi Coahila Mexico
79395

UNIFIRST CORPORATION - Dallas
PO Box 650481
Dallas TX 75265-0481

UNITED STATES TRUSTEE
THE LEDYARD BUILDING, 2ND FLOOR
125 OTTAWA NW, SUITE 200R
GRAND RAPIDS, MI 49503-2837

Uline
12575 Uline Dr
Pleasant Prairie, WI 53158-3686

United Federal Credit Union
150 Hilltop Rd.
Saint Joseph MI 49085-2381

VFI ABS 2025-1, LLC
2800 East Cottonwood Parkway
2nd Floor
Salt Lake City UT 84121-7295

Verizon Wireless
PO Box 15062
Albany NY 12212-5062

Elisabeth M. Von Eitzen
Warner Norcross + Judd LLP
1500 Warner Building
150 Ottawa Avenue NW
Grand Rapids, MI 49503-2832

W Legacy Holdings, Inc.
3600 Tennis Ct.
Saint Joseph, MI 49085-9502

Weber Properties
9689 Wall-Gene Rd
South Lyon MI 48178-9010

Welsh & Associates, Inc.
141 E. Michigan Ave.
Suite 300
Kalamazoo MI 49007-3943

William Mannino
4999 Paw Paw Lake Rd.
Coloma MI 49038-9609

Wilson Tool International Inc.
PO Box 735292
Chicago IL 60673-5292

World Business Capital
One State Street
Hartford CT 06103-3102

XPO Logistics Freight, Inc.
9151 Boulevard 26 Bldg A
Bankruptcy Dept
North Richland Hills, TX 76180-5600

Yaquina Walker
379 Eloise Drive
Benton Harbor MI 49022-6557

Doron Yitzchaki
Dickinson Wright PLLC
350 S. Main Street
Suite 300
Ann Arbor, MI 48104-2131

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Kenneth G Lau
DOJ-Ust
125 Ottawa Avenue NW
Suite 200r
Grand Rapids, MI 49503

Michigan Unemployment Insurance Agency
3024 West Grand Blvd.
Tax Office, Suite 12-300
Detroit, MI 48202

PNC Bank, National Association
249 Fifth Ave
MS P1-POPP-BL-7
Pittsburgh PA 15222-2707

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.